1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9

10 WUHAN CAI SHI KE JI YOU XIAN GONG SI,     Case No. 2:26-cv-852
a China limited liability company,
11
                                    Plaintiff,
12
                                                **COMPLAINT FOR DECLARATORY**
13          v.                                  **RELIEF AND DEMAND FOR JURY**
                                                **TRIAL**
14 XIAOLING CHE, an individual, and JINYAN
DUAN, an individual,
15
                                    Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff, WUHAN CAI SHI KE JI YOU XIAN GONG SI  ("DISI" or "Plaintiff") herewith submits the following Complaint for Declaratory Relief against Defendants XIAOLING CHE ("CHE" or "Defendant") and JINYAN DUAN ("DUAN" or "Defendant") (collectively "Defendants"), seeking declaratory judgments of non-infringement of certain Puzzle Boards, as defined herein ("Puzzle Boards"), and invalidity of U.S. Patent No. 12,042,740 (" '740 Patent") and U.S. Patent No. 12,048,885 (" '885 Patent").

## THE PARTIES

1.      Plaintiff WUHAN CAI SHI KE JI YOU XIAN GONG SI is a limited liability company, organized under the laws of mainland China, with its principal place of business at No. 67, Erya Road, Wujiashan Street, East–West Lake District, Wuhan, China. Plaintiff conducts business in this District through the online marketplace Amazon under the name PiTa PiTA.

2.      On information and belief, Defendants XIAOLING CHE and JINYAN DUAN, are individuals, domiciled in China.  Defendant XIAOLING CHE is the owner of U.S. Patent No. 12,042,740 (the "'740 Patent") and the co-owner with JINYAN DUAN of U.S. Patent No. 12,048,885 (the " '885 Patent").

3.      On information and belief, Defendants sell puzzle board products on Amazon.com under the Amazon stores, TiCabol and YERRYO.

## JURISDICTION AND VENUE

4.      As detailed below, an actual case or controversy exists between Plaintiff and Defendants as to whether Plaintiff has infringed or is infringing upon one or more valid and enforceable claims of the '740 Patent and the '885 Patent.

5.      The Court has subject matter jurisdiction over the claims herein pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

6.      Venue and personal jurisdiction are appropriate in this Court under 28 U.S.C.  §§ 1391(b) and 1400(b) because a substantial part of the events and omissions giving rise to Plaintiff's claims

occurred in this District and Defendants do business in this District. Venue is further proper under 28 U.S.C. §1381(c)(3) as Defendants do not reside in the United States. This Court may also properly exercise personal jurisdiction over Defendants because Defendants have purposefully directed business activities toward consumers in the United States, including Washington, through at least a fully interactive e-commerce storefront on Amazon. Defendants are engaged in interstate commerce and have wrongfully accused Plaintiff of patent infringement in the United States, including Washington, and because Defendants have filed patent infringement lawsuits against other Amazon sellers in this District, including Case No. 24-cv-9573.

7.      A case or controversy exists between Plaintiff and Defendants because Defendants have accused Plaintiff of patent infringement and have filed infringement reports with Amazon based on the '740 Patent and the '885 Patent.

## FACTUAL BACKGROUND

8.      Plaintiff is an online retailer of puzzle boards ("Plaintiff's Puzzle Boards"), whose primary retail outlet is Amazon.com.

9.      The Amazon marketplace is an online e-commerce platform that allows for third parties like Plaintiff to sell products on that platform.

10.     The privilege of selling on Amazon is highly advantageous, as Amazon provides third parties like Plaintiff with exposure to the world marketplace on a scale that no other online retailer can currently provide.

11.     Any harm that comes to the relationship between Plaintiff and Amazon creates a potential for irreparable harm to Plaintiff's good will, reputation and business.

12.     On November 4, 2025, Plaintiff received a notice from Amazon stating that its products, identified by Amazon's standard identifying numbers (ASINs) as ASIN B0C49GQMJ4 and B0CRV1Q3SG, were removed due to a patent infringement complaint submitted by Defendant CHE alleging that the sale of said ASINs infringed on Patent '740. A true copy of the notice is attached hereto and incorporated by reference herein as Exhibit 1.

13.    On November 4, 2025, Plaintiff received a notice from Amazon stating that its products, identified by Amazon's standard identifying numbers (ASINs), as ASIN B0CRYJLWB5, were removed due to a patent infringement complaint submitted by Defendant CHE alleging that the sale of said ASIN infringement on Patent '885.  A true copy of the notice is attached hereto and incorporated by reference herein as Exhibit 2.

**THE '740 PATENT**

14.    Defendant CHE applied for the '740 Patent on September 25, 2023 with the USPTO.

15.    The '740 Patent, entitled "Movable Puzzle Platform," issued on July 23, 2024.  A copy of the '740 Patent is attached hereto and incorporated by reference herein as Exhibit 3.

16.    Asserted Claim 1 of the '740 Patent requires, inter alia, a puzzle board having a top surface and a board accessible unit comprising a first moving member, a second moving member, and a first bearing unit coupled between the first moving member and the second moving member. The first moving member is rotatably mounted to the second moving member by the first bearing unit, wherein a first circumferential surface of the first moving member engages a second circumferential surface of the second moving member via the first bearing unit to enable the second moving member to be coaxially rotated with respect to the first moving member. As a result, a player is able to move the puzzle board on a playing surface at a desired orientation to assemble puzzle pieces on the top surface of the puzzle board.

17.    The '740 Patent includes two independent claims (claims 1 and 11) and 13 dependent claims, all of which are directed to a movable puzzle platform.

**THE '885 PATENT**

18.    Defendant CHE applied for the '885 Patent on August 21, 2023.

19.    The '885 Patent, entitled, "Movable Puzzle Platform," issued on July 30, 2024.  A true copy of the '885 Patent is attached hereto and incorporated by reference herein as Exhibit 4.

20.    The '885 Patent generally discloses a movable puzzle platform that includes a board assembly having a puzzle board with a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement having a supporting portion attached to a bottom surface of the puzzle board and a first main supporting wall attached to the bottom surface of the puzzle board; and a restricting wall extending upwardly from the fixing portion of the puzzle board and having a first extending wall stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall. The puzzle platform is configured to retain unfinished puzzle pieces while allowing a player to conveniently assemble the puzzle. See Exhibit 4, Abstract.

21.   The '885 Patent includes two independent claims (claims 1 and 23) and twenty-seven dependent claims, all of which are directed to a movable puzzle platform.

## COUNT I

## (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '740 PATENT)

22.   Plaintiff incorporates by reference the allegations in paragraphs 1 through 21 as though set forth in full herein.

23.   This claim arises under the patent laws of the United States, Title 35 of the United States Code, and the Federal Declaratory Judgment Act, 28 U.S.C. §2201, *et seq*.

24.   An actual and justiciable controversy exists between Plaintiff and Defendant with respect to the alleged infringement of the '740 Patent due to the assertion of the '740 Patent against Plaintiff by Defendant's complaint concerning of infringement submitted to Amazon, as set forth above.

25.   Plaintiff's Puzzle Boards do not infringe and have not infringed any valid and enforceable claim of the '740 Patent directly or indirectly, either literally, or under the Doctrine of Equivalents.  In view of the foregoing, Plaintiff is entitled to a declaration that Plaintiff's Puzzle Boards do not infringe the '740 Patent.

26.   Independent Claim 1 of the '740 Patent reads as follows:

"1.    A movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:
a puzzle board comprising a top surface for placing the puzzle piece thereon; and
a board accessible unit coupled with the puzzle board and comprising a first moving member, a second moving member, and a first bearing unit coupled between the first moving member and the second moving member;

*wherein the first moving member is rotatably mounted to the second moving member by the first bearing unit;*

wherein at least a part of an outer circumferential surface of the first moving member is directly opposite to and facing at least a part of an inner circumferential surface of the second moving member via the first bearing unit to enable the second moving member to be coaxially rotated with respect to the first moving member;

wherein the board accessible unit further comprises an air gap formed by the outer circumferential surface of the first moving member and the inner circumferential surface of the second moving member, *the air gap is without an object along a thickness direction of the board accessible unit;* and

wherein the first moving member comprises a first horizontal flat base and a first rolling surface arranged along the first horizontal flat base."

27.    Independent Claim 11 of the '740 Patent reads as follows:

"11.    A movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:

a puzzle board comprising a top surface for placing the puzzle piece thereon; and

a board accessible unit coupled with the puzzle board and comprising a first moving member, a second moving member, and a first bearing unit coupled between the first moving member and the second moving member, *wherein the first moving member is rotatably mounted to the second moving member by the first bearing unit;*

wherein the first moving member having a first circumferential surface and the second moving member having a second circumferential surface directly opposite to the first circumferential surface;

wherein at least a part of a first circumferential surface of the first moving member is directly facing at least a part of the second circumferential surface of the second moving member to enable the second moving member to be coaxially rotated with respect to the first moving member;

wherein the board accessible unit further comprises an air gap formed by the first circumferential surface of the first moving member and the second circumferential surface of the second moving member, *the air gap is without an object along a thickness direction of the board accessible unit;* and

wherein the first moving member comprises a first flat base and a first rolling surface arranged along the first flat base."

28.    Claims 1 and 11 of the '740 Patent each require that the first moving member is rotatably mounted to the second moving member by the first bearing unit. Accordingly, claims 1 and 11 require that rotation of the first moving member relative to the second moving member occurs via the first bearing unit.

29.    Plaintiff's Puzzle Boards lack the limitation that the first moving member is rotatably mounted to the second moving member by the first bearing unit. In Plaintiff's Puzzle Boards, the first moving member is able to rotate relative to the second moving member even when the bearing unit is not positioned between the two members.

30.     Further, claims 1 and 11 of the '740 Patent each require that the air gap be without an object along a thickness direction of the board accessible unit, as shown in the sectional view below.



31.     By contrast, the air gap in Plaintiff's Puzzle Boards is not free of any object along a thickness direction of the board accessible unit. In Plaintiff's Puzzle Boards, an annular protrusion is present along the outer circumferential surface of the first moving member, and the protrusion engages the locking tabs formed on the inner circumferential surface of the second moving member. The engagement between the annular protrusion and the locking tabs secures the first moving member within a recess of the second moving member. Although an air gap is formed between the outer circumferential surface of the first moving member and the inner circumferential surface of the second moving member, the annular protrusion and locking structure obstruct the air gap along the thickness direction of the board accessible unit. Accordingly, the air gap in Plaintiff's Puzzle Boards does not satisfy the claim requirement that the air gap be "without an object," as can be seen in the below images and sectional view of the circular portion of the turntable in Plaintiff's Puzzle Boards.

1
2
3
4
5
6
7
8
9
10
11



Outer circumferential surface of the first moving member of Plaintiff's Puzzle Boards

13
14
15
16
17
18
19
20
21
22
23
24



Locking tabs on the inner circumferential surface of the second moving member

26
27
28



Sectional view of the circled portion of the turntable in Plaintiff's Puzzle Boards

32.    Further, claims 1 and 11 of the '740 Patent require that the board accessible unit be coupled with the puzzle board. In particular, the board accessible unit (20) is coupled with the puzzle board (10) through a plurality of coupling members (25) extending from the first moving member (21) and coupled at the bottom surface (11) of the puzzle board (10), as shown below in Fig. 2 of the '750 Patent. Each coupling member (25) includes a coupling slot through which screws are inserted into the bottom surface (11) of the puzzle board (10) to couple the coupling member to the puzzle board.



FIG. 2 of the '740 Patent

33.    However, in Plaintiff's Puzzle Boards, the turntable is not coupled to the board body in any manner, nor is such coupling required, as shown in the illustration below.



34.    Therefore, Plaintiff's Puzzle Boards have a structure that is materially different from the structures required by independent claims 1 and 11 of the '740 Patent and do not meet those claim limitations.

35.    Because independent claims 1 and 11 are not infringed, the dependent claims of the '740 Patent likewise are not infringed. *Wahpeton Canvas Co. v. Frontier, Inc.*, 870 F.2d 1546, 1552 n.9, 1553 (Fed. Cir. 1989).


## COUNT II

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '885 PATENT)

36.    Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 21 as though set forth in full herein.

37.    This claim arises under the patent laws of the United States, Title 35 of the United States Code, and the Federal Declaratory Judgment Act, 28 U.S.C. §2201, *et seq*.

38.    An actual and justiciable controversy exists between Plaintiff and Defendants with respect to the alleged infringement of the '885 Patent due to the assertion of the '740 Patent against Plaintiff by Defendant's complaint concerning of infringement submitted to Amazon, as set forth above.

39.    Plaintiff's Puzzle Boards do not infringe and have not infringed any valid and enforceable claim of the '885 Patent directly or indirectly, either literally, or under the Doctrine of Equivalents.   In view of the foregoing, Plaintiff is entitled to a declaration that Plaintiff's Puzzle Boards do not infringe the '885 Patent.

40.    Independent Claim 1 of the '885 Patent reads as follows:

"1.    A movable puzzle platform comprising:
a board assembly comprising:
   a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
   a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board; and
   a restricting wall having a first extending wall upwardly extending from the fixing portion and *stacked on the fixing portion of the puzzle board*;
   *wherein, the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and*
   wherein the supporting portion further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall."

41.    Independent Claim 23 of the '885 Patent reads as follows:

"23.    A movable puzzle platform comprising:
a board assembly comprising:
   a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
   a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board; and
   a restricting wall having a first extending wall upwardly extending from the fixing portion and *stacked on the fixing portion of the puzzle board*; and
   a rotating assembly attached on the board assembly;
   *wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.*"

42.    In the '885 Patent, a receiving space (103) is formed between the extending wall (51) and the main supporting wall (311) of the supporting portion (301) to receive the fixing portion (102) extending from the puzzle plate (101). No void is formed between the extending wall (51) and the fixing portion (102) extending from the puzzle plate (101), such that the bottom surface of the extending wall

(51) directly contacts the top surface of the puzzle plate (101). Accordingly, the first extending wall (51) is stacked on the fixing portion (102) of the puzzle board by direct surface contact, and the first extending wall (51) and the fixing portion (102) are successively stacked on the first main supporting wall (311). See the portion of FIG. 7 of the '885 Patent reproduced below.



Portion of FIG. 7 of the '885 Patent

43.    However, Plaintiff's Puzzle Boards lack the above-referenced elements recited in claims 1 and 23 of the '885 Patent. In Plaintiff's Puzzle Boards, the board body comprises two plastic edge trims (a1 and a2) and two aluminum alloy edge trims (b1 and b2). The plastic edge trims and the aluminum alloy edge trims are sequentially connected (a1 → b1 → a2 → b2) to form a rectangular frame that encloses a puzzle plate (c1) and a base (c2) disposed parallel to each other.

44.    Each aluminum alloy edge trim (b1 or b2) comprises a third extending wall (b10), a third supporting wall (b20), a fourth supporting wall (b30), and a fourth extending wall (b40), arranged from top to bottom. A first receiving space is formed between the third extending wall (b10) and the third supporting wall (b20) and is configured to receive edges of the puzzle plate (c1). A second receiving space is formed between the fourth supporting wall (b30) and the fourth extending wall (b40) and is configured to receive edges of the base (c2).

45.     The third extending wall (b10) and the fourth extending wall (b40) are U-shaped and are arranged symmetrically with respect to each other. As a result, two voids are formed: one between the third extending wall (b10) and the puzzle plate (c1), and another between the fourth extending wall (b40) and the base (c2). The presence of two voids causes the bodies of the third and fourth extending walls to be spaced apart from the surface of the puzzle plate (c1) and the base (c2), respectively. Accordingly, the third extending wall (b10) is not stacked on the puzzle plate (c1), and the fourth extending wall (b40) is not stacked on the base (c2). This structure differs from that disclosed in the '885 Patent, in which the extending wall (51) is stacked on the puzzle plate (101).



The board body of Plaintiff's Puzzle Boards



Perspective view of the aluminum alloy edge trim (b1 or b2)



Sectional view taken along line A–A of Plaintiff's Puzzle Boards, showing the voids

46.     Further, claim 23 of the '885 Patent requires a rotating assembly attached to the board assembly. In particular, the board accessible unit (20) is attached to the puzzle board (10) through a plurality of coupling members (25) extending from the first moving member (21), as shown below. Each coupling member (25) includes a coupling slot through which screws are inserted into the bottom surface (11) of the puzzle board (10) to attach the coupling member to the puzzle board.



FIG. 13 of the '885 Patent

47.     However, in Plaintiff's Puzzle Boards, the turntable is not attached to the board body in any manner, nor is any such attachment required, as shown below.



The turntable is not coupled to the board body in Plaintiff's Puzzle Boards

48.    Thus, among other things, Plaintiff's Puzzle Boards have a structure that is materially different from the structures required by independent claims 1 and 23 of the '885 Patent and do not meet those claim limitations.

49.    Because independent claims 1 and 23 are not infringed, the dependent claims of the '885 Patent likewise are not infringed. *Wahpeton Canvas Co. v. Frontier, Inc.*, 870 F.2d 1546, 1552 n.9, 1553 (Fed. Cir. 1989).

50.    Defendant's baseless infringement reports submitted to Amazon have created a real and immediate threat of an infringement lawsuit and have caused and continue to cause Plaintiff to suffer significant damages, including the removal of Plaintiff's product listings from Amazon.

51.    Pursuant to the Declaratory Judgment Act, Plaintiff seeks a judicial determination and declaration that the Puzzle Boards do not infringe, directly or indirectly, literally or under the doctrine of equivalents, any valid and enforceable claim of the '885 Patent. Plaintiff further seeks all appropriate relief resulting from Defendants' wrongful conduct.

## COUNT III

### (DECLARATORY JUDGMENT OF INVALIDITY OF THE '740 PATENT)

52.    Plaintiff incorporates by reference the allegations set forth above in paragraphs 1 through 35 as though fully set forth herein.

53.    There exists an actual, continuing, and justiciable controversy between Plaintiff and Defendant with respect to the alleged validity of the '740 Patent, due to the assertion of the '740 Patent against Plaintiff as evidenced by Defendants' allegations of infringement submitted to Amazon, as set forth above.

54.    All claims of the '740 Patent are invalid for failure to comply with 35 U.S.C. §§ 102 and/or 103.

55.    Claims 1 and 11 of the '740 Patent are also invalid for failure to comply with 35 U.S.C. § 112(a).

56.    In view of the foregoing, Plaintiff seeks a declaratory judgment that the claims of the '740 Patent are invalid under 35 U.S.C. §§ 102, 103, and/or 112.

**COUNT IV**

**(DECLARATORY JUDGMENT OF INVALIDITY OF THE '885 PATENT)**

57.    Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 21; 36 through 51; and 52 through 55 of this Complaint as though set forth in full herein.

58.    There exists an actual, continuing, and justiciable controversy between Plaintiff and Defendants with respect to the alleged validity of the '885 Patent, due to the assertion of the '885 Patent against Plaintiff as evidenced by Defendants' allegations of infringement submitted to Amazon, as set forth above.

59.    The '885 Patent is invalid for failure to comply with at least 35 U.S.C. §§ 102 and/or 103.

60.    Claims 1 and 23 of the '885 Patent are also invalid for failure to comply with 35 U.S.C. § 112(a).

61.    In view of the foregoing, Plaintiff seeks a declaratory judgment that the claims of the '885 Patent are invalid for failure to satisfy the requirements of 35 U.S.C. §§ 102, 103, and/or 112.

**COUNT V**

**(TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS)**

62.    Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 61 of this Complaint as though fully set forth herein.

63.    Plaintiff has a valid and existing contract with Amazon pursuant to which Plaintiff sells its products through Amazon.com.

64.    Plaintiff is informed and believes, and on that basis alleges, that Defendants knew of Plaintiff's contractual relationship with Amazon.

65.    Plaintiff is informed and believes, and on that basis alleges, that Defendants knowingly and intentionally interfered with Plaintiff's contractual relationship with Amazon by asserting materially false

and baseless allegations of patent infringement, with the purpose and effect of causing Plaintiff's product listings to be removed and eliminating Plaintiff as a lawful competitor on Amazon's marketplace. Defendants' infringement assertions were objectively baseless and made in bad faith for the improper purpose of suppressing lawful competition, and therefore are not privileged or justified.

66.     As a direct result of Defendants' improper and unjustified acts, Plaintiff's product listings were removed from Amazon.

67.     As a direct, proximate and foreseeable result of the wrongful conduct of Defendants as herein alleged, Plaintiff has been damaged and continue to suffer damages in a sum which is, as yet unascertained.  Plaintiff will seek leave of court to amend this Complaint when the true nature and extent of their damages have been ascertained.

68.     Defendants' efforts to have Plaintiff's products delisted through improper means were and are unlawful and fraudulent, entitling Plaintiff to exemplary damages, in an amount to be proven at trial.

69.     While Plaintiff will continue to suffer damages as a result of Defendants' conduct, monetary damages alone will not afford Plaintiff relief.  As such, Plaintiff has no adequate remedy at law that will compensate for the continued and irreparable harm Plaintiff has suffered and will continue to suffer if Defendants' conduct is allowed to continue. By reason of Defendants' acts, Plaintiff is entitled to equitable relief and damages in an amount to be proven at trial.

70.     Plaintiff is informed and believes and therefore alleges that, unless enjoined and restrained by the Court, Defendants, and any persons participating with them, will continue to engage in tortious interference with Plaintiff's contractual relations.

## COUNT VI

### (TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE)

71.     Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 61 of this Complaint as though fully set forth herein.

72.     Plaintiff had an ongoing business relationship with Amazon that included the sale of Plaintiff's Puzzle Board products.

73.    Plaintiff also had a reasonable expectation of continuing to sell its products through Amazon, including products that Defendants have accused of infringement.

74.    Defendants knew of Plaintiff's ongoing business relationship with Amazon and Plaintiff's reasonable expectation of continued and future business opportunities relating to the sale of Plaintiff's Puzzle Board products.

75.    Defendants intentionally and knowingly made fraudulent assertions of patent infringement to Amazon, which caused Amazon to remove Plaintiff's product listings and thereby interfered with Plaintiff's ongoing and prospective business relationship with Amazon.

76.    As a direct, proximate and foreseeable result of the wrongful conduct of Defendants as herein alleged, Plaintiff has been damaged and continues to suffer damages in a sum which is, as yet unascertained.  Plaintiff will seek leave of court to amend this Complaint when the true nature and extent of its damages have been ascertained.

77.    Defendants' efforts to have Plaintiff's products delisted through improper means were and are unlawful and fraudulent, entitling Plaintiff to exemplary damages, in an amount to be proven at trial.

78.    While Plaintiff will continue to suffer damages as a result of Defendants' conduct, monetary damages alone will not afford Plaintiff relief.  As such, Plaintiff has no adequate remedy at law that will compensate for the continued and irreparable harm Plaintiff has suffered and will continue to suffer if Defendants' conduct is allowed to continue. By reason of Defendants' acts, Plaintiff is entitled to equitable relief and damages in an amount to be proven at trial.

79.    Plaintiff is informed and believes and therefore alleges that, unless enjoined and restrained by the Court, Defendants, and any persons participating with them, will continue to engage in tortious interference with Plaintiff's prospective economic advantage.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant as follows:

1.    A declaration that Plaintiff's Puzzle Boards do not infringe any claim of the '740 and '885 Patents;

2.  A declaration that the claims of the '740 and '885 Patents are invalid for failure to satisfy the requirements of 35 U.S.C. §§ 102, 103, and/or 112;

3.  For preliminary and permanent injunctive relief that orders, enjoins, and restrains Defendants and all persons acting in concert or participation with Defendants as follows:

    a.  Prohibiting Defendants, and each of them, from making or maintaining patent infringement complaints on Amazon concerning Plaintiff's Puzzle Boards based on the '740 and '885 Patents, and enjoining Defendants from submitting any further infringement complaints regarding the same;

    b.  Prohibiting the interference with the Plaintiff's contracts and/or economic relationships, actual or prospective;

    c.  Prohibiting the solicitation or contacting of the Plaintiff's customers, partners, or other third parties with which the Plaintiff has an actual or prospective contract or economic relationship;

    d.  Prohibiting the publication, whether oral or in writing, of untrue statements about the Plaintiff to any third parties;

4.  For damages according to proof;

5.  For exemplary and punitive damages according to proof;

6.  For a finding that this case is exceptional and an award to Plaintiff of its costs, expenses, and reasonable attorneys' fees incurred in this action pursuant to 35 U.S.C. § 285;

7.  For costs of suit and reasonable attorney's fees;

8.  For such other and further relief as the Court may deem just and proper.


### <u>JURY TRIAL DEMAND</u>

Plaintiff hereby demands a jury trial on all issues so triable.

1    DATED:  March 12, 2026                    Respectfully submitted,

2                                              AMZ SELLERS ATTORNEY
                                               *Attorneys for Plaintiff*
3

4                                              By:  ___*s/ Michael S. Brandt*_____
                                                   Michael S. Brandt, WSBA #29200
5                                                  9350 Wilshire Blvd, Suite 203
                                                   Beverly Hills, CA 90212
6                                                  Telephone:  (310) 867-6072
                                                   Email:  michael@amazonsellers.attorney
7                                                          brandtmichaelsteven@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

**Notice: Policy Warning**

Amazon <notice-dispute@amazon.com>

收件人：zackren2011@163.com

时　间：2025-11-4 2:05:07

附　件：



Hello,

We removed the listings below.

ASIN: B0C49GQMJ4

B0CRV1Q3SG

Infringement type: Patent

IP asserted:　US 12,042,740

Complaint ID: 18590648731

Rights owner name:　YERRYO

Rights owner email: john.handy@rimonlaw.com

Why did this happen?

We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?

To reactivate your listings, please send any of the documents listed below for us to review:

-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.

-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:

-- Rights owner name:　YERRYO

-- Rights owner email: john.handy@rimonlaw.com

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:

-- How the removed listings have not violated the Amazon Intellectual Property Policy.

-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?

Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?

If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download the Android app: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

SPC-USAmazon-650913041243099

EXHIBIT 2

**Notice: Policy Warning**

Amazon <notice-dispute@amazon.com>

收件人：zackren2011@163.com

时　间：2025-11-29 1:42:32

附　件：

Hello,

We removed the listings below.

ASIN: B0CRYJLWB5

Infringement type: Patent

IP asserted:　US 12,048,885

Complaint ID: 18924930061

Rights owner name: TiCabol

Rights owner email: IPnotices@rimonlaw.com

Why did this happen?

We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?

To reactivate your listings, please send any of the documents listed below for us to review:

-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.

-- A letter of non-infringement from legal counsel.

-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:

-- Rights owner name: TiCabol

-- Rights owner email: IPnotices@rimonlaw.com

Have your listings been removed in error?

If you believe there has been an error, please submit an explanation. Your explanation should include the following information:

-- How the removed listings have not violated the Amazon Intellectual Property Policy.

-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?

Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?

If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.

If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485

-- Download the Android app: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com

SPC-USAmazon-1653667653159940

EXHIBIT 3

US012042740B2

(12) **United States Patent**  (10) Patent No.: **US 12,042,740 B2**
Che  (45) Date of Patent: *Jul. 23, 2024

(54) **MOVABLE PUZZLE PLATFORM**

(71) Applicant: **Xiaoling Che**, Hubei (CN)

(72) Inventor: **Xiaoling Che**, Hubei (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/541,685**

(22) Filed: **Dec. 15, 2023**

(65) **Prior Publication Data**

US 2024/0108974 A1    Apr. 4, 2024

**Related U.S. Application Data**

(63) Continuation of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551.

(30) **Foreign Application Priority Data**

Sep. 26, 2021    (CN) ......................... 202111131554.1
Sep. 26, 2021    (CN) ......................... 202122334815.1

(51) **Int. Cl.**
*A63F 9/10*        (2006.01)
*A47B 13/08*       (2006.01)
*A47B 41/00*       (2006.01)
*A47B 41/02*       (2006.01)
*A47B 83/04*       (2006.01)

(52) **U.S. Cl.**
CPC .......... *A63F 9/1044* (2013.01); *A47B 13/081* (2013.01); *A47B 13/083* (2013.01); *A47B 13/088* (2013.01); *A47B 41/00* (2013.01);

*A47B 41/02* (2013.01); *A47B 83/045* (2013.01); *A63F 2009/105* (2013.01)

(58) **Field of Classification Search**
CPC ........ F16C 19/06; F16C 19/16; A63F 9/1044; A63F 2009/105; A47B 13/083; A47B 13/088; A47B 41/02; A47B 41/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,302,594 A * | 2/1967 | Barnett | A47B 49/00 108/103 |
| 4,591,161 A * | 5/1986 | Vanderhoof | A63F 3/0423 273/272 |
| 4,635,894 A | 1/1987 | Sammons | |
| 4,659,050 A * | 4/1987 | Tabayashi | F16C 33/588 248/349.1 |

(Continued)

*Primary Examiner* — Daniel J Rohrhoff

(57) **ABSTRACT**

A movable puzzle platform includes a movable puzzle platform having a puzzle board having a top surface and a board accessible unit having a first moving member, a second moving member, and a first bearing unit coupled between the first moving member and the second moving member. The first moving member is rotatably mounted to the second moving member by the first bearing unit. Wherein the first circumferential surface of the first moving member is engaged with the second circumferential surface of the second moving member via the first bearing unit to enable the second moving member to be coaxially rotated with respect to the first moving member. Therefore, a player is able to move the puzzle board on the playing surface at a desired orientation to assemble the puzzle pieces on the top surface of the puzzle board.

**15 Claims, 7 Drawing Sheets**



**US 12,042,740 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,822,183 | A | * | 4/1989 | Lederman | F16C 19/10 |
| | | | | | 384/477 |
| 5,174,538 | A | * | 12/1992 | Okada | F16C 33/38 |
| | | | | | 384/615 |
| 5,479,867 | A | * | 1/1996 | Blevins | A47B 49/00 |
| | | | | | 108/22 |
| 5,782,451 | A | * | 7/1998 | Carnahan | A47C 3/18 |
| | | | | | 248/349.1 |
| 7,273,212 | B1 | * | 9/2007 | Kolbaba | A47B 25/00 |
| | | | | | 108/103 |
| 10,449,405 | B2 | * | 10/2019 | Endelman | A63B 21/4049 |
| 11,890,551 | B2 | * | 2/2024 | Che | A47B 13/083 |
| 2005/0252428 | A1 | * | 11/2005 | Yamin | D06H 7/00 |
| | | | | | 108/139 |
| 2007/0039523 | A1 | * | 2/2007 | Helzer | A47B 13/083 |
| | | | | | 108/27 |
| 2007/0266911 | A1 | * | 11/2007 | Lee | A63F 9/1044 |
| | | | | | 108/60 |
| 2010/0101461 | A1 | * | 4/2010 | Brault | A47B 13/003 |
| | | | | | 108/140 |
| 2013/0019783 | A1 | * | 1/2013 | Wang | H05B 6/6426 |
| | | | | | 248/163.1 |
| 2021/0170267 | A1 | | 6/2021 | Malki | |
| 2021/0170268 | A1 | * | 6/2021 | Malki | A63F 9/1044 |
| 2022/0025925 | A1 | * | 1/2022 | An | F16C 33/583 |

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



Fig. 3A



Fig. 4



Fig. 5



Fig. 6

US 12,042,740 B2

1

## MOVABLE PUZZLE PLATFORM

### CROSS REFERENCES AND PRIORITIES

This application is a continuation of U.S. patent application Ser. No. 17/505,587 filed on Oct. 19, 2021 which claims the benefit of Chinese Patent Application Nos. 2021111315541 and 2021223348151 filed on Sep. 26, 2021, the contents of each of which are incorporated by reference in their entirety.

### BACKGROUND OF THE PRESENT INVENTION

#### Field of Invention

The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is movable with respect to one or more players for allowing the player to move the puzzle platform for placing the puzzle pieces thereon at different planar directions, such that the player does not need to physically travel from side to side of the puzzle platform.

#### Description of Related Arts

Puzzles are devised over the years and are among the most popular board games generally played alone by an individual. It is well known that puzzles are good for the brain. Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle. Generally speaking, the higher the piece count, the harder the puzzle is. However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large. For example, a finished size of 1,000 piece puzzles is about 30"×24", a finished size of 5,000 piece puzzles is about 60"×40", and so on. In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure. Therefore, to play a relatively large puzzle, for example 60"×40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to complete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

### SUMMARY OF THE PRESENT INVENTION

The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is movable for allowing a player to conveniently play the puzzles.

2

Another advantage of the invention is to provide a movable puzzle platform, wherein the player is able to move the puzzle platform for placing the puzzle pieces thereon at different planar directions, such that the player does not need to physically travel from side to side of the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, wherein the player is allow to move a desired portion of the platform to be in front of the player for putting the designated puzzle thereon in a handy manner. In other words, the invention allows the player to move the puzzle platform rather than the player moves around the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, wherein the puzzle platform can be selectively and smoothly moved front-and-back, sideward, and in 360° rotations.

Another advantage of the invention is to provide a movable puzzle platform including a supplement arrangement, wherein the unfinished puzzle pieces can be stored in the supplement arrangement to prevent the puzzle pieces being lost or missed accidentally or unintentionally.

Another advantage of the invention is to provide a movable puzzle platform with a supplement arrangement, wherein the supplement arrangement is held in the puzzle platform to prevent any unwanted access of the supplement arrangement especially when moving the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, wherein the operation is simple and easy by moving and/or rotating the puzzle platform on the playing surface.

Another advantage of the invention is to provide a movable puzzle platform, wherein the assembly of the movable puzzle platform is simple by coupling a shaft accessible unit at a bottom surface of a puzzle board of the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, which can be packed with the puzzle pieces to form a puzzle game kit, such that the puzzle platform serves as a puzzle frame for framing the puzzle pieces once the puzzle pieces are completed.

Another advantage of the invention is to provide a movable puzzle platform with a supplement arrangement which includes one or more section puzzle boards each configured for the player to put a group of puzzle pieces together to preassemble a section of the puzzle figure that may also stored in the movable puzzle platform before putting on the main puzzle board.

Another advantage of the invention is to provide a movable puzzle platform, wherein no expensive or complicated structure is required to employ the present invention in order to achieve the above mentioned objectives. Therefore, the present invention successfully provides an economic and efficient solution to create a convenient playing tool for the user to play the puzzle pieces, especially the large scale puzzle.

Additional advantages and features of the invention will become apparent from the description which follows, and may be realized by means of the instrumentalities and combinations particular point out in the appended claims.

According to the present invention, the foregoing and other objects and advantages are attained by a movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:

a puzzle board having a bottom for supporting on a playing surface, and a top surface for playing the plurality of puzzle pieces thereon; and

US 12,042,740 B2

3

a board accessible unit coupled at the bottom surface of the puzzle board for sliding on the playing surface, wherein the board accessible unit is configured to provide accessibility for the puzzle board to move the puzzle board at different planar directions with respect to the playing surface.

In accordance with another aspect of the invention, the present invention comprises a puzzle game kit, comprising:

a plurality of puzzle pieces; and

a movable puzzle platform, which comprises:

a puzzle board having a bottom surface for supporting on a playing surface, and a top surface, wherein the puzzle pieces are assembled on the top surface of the puzzle board; and

a board accessible unit coupled at the bottom surface of the puzzle board for sliding on the playing surface, wherein the board accessible unit is configured to provide accessibility for the puzzle board to move the puzzle board at different planar directions with respect to the playing surface.

Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded perspective view of a movable puzzle platform according to a preferred embodiment of the present invention.

FIG. 2 is a side view of a board accessible unit of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. 3 illustrates an alternative mode of the board accessible unit of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. 3A illustrates another alternative mode of the board accessible unit of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. 4 is a sectional view of a supplement arrangement of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. 5 is a side view of the movable puzzle platform according to the above preferred embodiment of the present invention, illustrating a kickstand being pivotally folded to support the puzzle board at an inclined manner on the playing surface.

FIG. 6 is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is disclosed to enable any person skilled in the art to make and use the present invention. Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art. The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

4

Referring to FIGS. 1 and 2, a movable puzzle platform according to a preferred embodiment of the present invention is illustrated, wherein the movable puzzle platform is arranged for a user or a player to assemble a plurality of puzzle pieces 100 on a puzzle surface of the movable puzzle platform. Accordingly, the movable puzzle platform comprises a puzzle board 10 and a board accessible unit 20.

As shown in FIGS. 1 and 2, the puzzle board 10, having a panel configuration, has a bottom 11 for supporting on a playing surface such as a table surface, a wall surface, a floor surface, and the like or even a support frame for supporting the movable puzzle platform on ground, and provides a top surface 12, wherein when the top surface 12 is a flat surface, it serves as a puzzle floor 101 for playing the puzzle pieces 100 thereon. It is worth mentioning that the puzzle board 10 has a predetermined size adapted for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board 10.

The board accessible unit 20 is coupled at the bottom surface 11 of the puzzle board 10 and configured for allowing the puzzle board 10 sliding on the playing surface, wherein the board accessible unit 20 provides accessibility for the puzzle board 10 to move the puzzle board 10 at different planar directions with respect to the playing surface.

The puzzle board 10 can be circular, square or rectangular shape. According to the preferred embodiment as shown in FIG. 1, the puzzle board 10 is embodied to have a rectangular shape defining two longer longitudinal sides and two shorter transverse sides. The puzzle board 10 further comprises a surrounding border wall 13 upwardly extended from a peripheral edge of the top surface 12 of the puzzle board 10 to define the puzzle floor 101 within the surrounding border wall 13. It is worth mentioning that an area of the puzzle floor 101 is not smaller than an area of the puzzle pieces 100 being put together. Preferably, the area of the puzzle floor 101 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled. In other words, the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 101 after the puzzle pieces 100 are assembled.

As shown in FIG. 1, the puzzle board 10 further comprises an anti-slipping layer 14 overlappedly provided on the puzzle floor 101 for preventing the puzzle pieces 100 being slipped thereon. Preferably, the anti-slipping layer 14 has a self adhesive bottom surface adhered on the puzzle floor 101, wherein the anti-slipping layer 14 can be removed from the puzzle floor 101 without damaging the puzzle floor 101 and the anti-slipping layer 14. Therefore, the anti-slipping layer 14 is reusable to place on the puzzle floor 101. Furthermore, the anti-slipping layer 14 serves as a backing layer of the puzzle pieces 100 after the puzzle pieces 100 are assembled.

It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board 10 can be embodied as an electronic screen, such as a TV display or LED screen, and the top surface 12 is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the board accessible unit 20 is mounted to the bottom of the electronic puzzle board 10 for allowing the electronic puzzle board 10 to smoothly slide

5
6

on the playing surface that provides accessibility for moving the electronic puzzle board **10** at different planar directions with respect to the playing surface.

As shown in FIGS. **1** and **2**, the board accessible unit **20** comprises a first moving member **21** coupled at the bottom **11** of the puzzle board **10** and a second moving member **22** rotatably coupled to the first moving member **21**. It is worth mentioning that the board accessible unit **20** is preferred to be coupled coaxially with a center of gravity of the puzzle board **10**, for example at a center portion of the puzzle board **10**, such that the puzzle board **10** can be moved on the playing surface in a balancing manner.

According to the preferred embodiment of the present invention, the puzzle board **10** is adapted for being self-rotated 360° on the playing surface via a rotation movement between the first and second moving members **21**, **22**. In other words, the user is able to selectively rotate the puzzle board **10** from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the puzzle board **10**. For example, the user is able to assemble one puzzle piece **100** at one side of the puzzle board **10** and to rotate the puzzle board **10** at 180° in order to assembly another puzzle piece **100** at an opposed side of the puzzle board **10**, so as to speed up the assembling time of the puzzle pieces **100**.

In one embodiment, the first and second moving members **21**, **22** are first and second ring members respectively coaxially engaged with each other. In other words, a diabase **40***er* of the first moving member **21** is smaller than a diabase **40***er* of the second moving member **22**. The board accessible unit **20** comprises further comprises a first bearing unit **23** coupled between the first and second moving members **21**, **22**, such that when the first moving member **21**, i.e. the first ring member, is rotated within the second moving member **22**, i.e. the second ring member, the puzzle board **10** is self-rotated 360° on the playing surface. Particularly, an outer circumferential surface of the first moving member **21** is engaged with an inner circumferential surface of the second moving member **22** via the first bearing unit **23** to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**. In one embodiment, the first bearing unit **23** is constructed to have a holding ring and a plurality of ball bearings spacedly retained at the holding ring in a rotatable manner, such that when the holding ring is coaxially held between the first and second moving members **21**, **22**, the ball bearings are rotatably sandwiched between the first and second moving members **21**, **22** so as to enable the first and second moving members **21**, **22** being coaxially moved with each other.

The board accessible unit **20** further comprises a second bearing unit **24** provided at a bottom side of the second moving member **22** for sliding the puzzle board **10** on the playing surface at different planar directions via the second moving member **22**. Accordingly, assumed that the playing surface defines xyz axis. Via the second bearing unit **24** at the second moving member **22**, the puzzle board **10** is able to selectively slide on the playing surface at any direction with respect to the xy coordinate surface. Via the first bearing unit **23**, the puzzle board **10** is able to selectively rotate on the playing surface with respect to z axis. In other words, the puzzle board **10** is able to freely move at two-dimensional direction, so as to adjust the planer angle of the puzzle board **10** with respect to the user. The first moving member **21** comprises a first flat base **211** and a first rolling surface **212** arranged along the first flat base **211**. The first rolling surface **212** is curved towards the first flat base **211**. The first bearing unit **23** is partly overlapped with the first

flat base **211** in a thickness direction of the board accessible unit **20**. The second moving member **22** comprises a second flat base **213** and a protrusion **214** protruded from the second flat base **213** toward the first moving member **21** for engaging with the first bearing unit **23**, a recess **215** extending from the second flat base **213** towards the first moving member **21** for dividing the second flat base **213** into a first part **216** and a second part **217**. The area of the first part **216** is substantially greater than of the second part **217**. The first bearing unit **23** is partly overlapped with the first part **216** of the second flat base **213**.

In one embodiment, the board accessible unit **20** is detachably coupled at the bottom surface **11** of the puzzle board **10**. As shown in FIGS. **2**, **3** and **3A**, the board accessible unit **20** comprises a plurality of coupling members **25** extended from the first moving member **21** to detachably couple at the bottom surface **11** of the puzzle board **10**. Preferably, the coupling members **25** are integrally extended from an inner circumferential surface of the first ring member, i.e. the first moving member **21**, wherein each of the coupling members **25** has a coupling slot formed thereon to detachably couple at the bottom surface **11** of the puzzle board **10** by inserting screws through the coupling slot to the bottom surface **11** of the puzzle board **10**. It is worth mentioning that a plurality of screw holes are formed at the bottom surface **11** of the puzzle board **10**, such that the screws can engage with the screw holes through the coupling slot to couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**.

Alternatively, as shown in FIG. **3**, the board accessible unit **20** further comprises one or more first coupling elements **25A** spacedly provided on the bottom surface **11** of the puzzle board **10**, and one or more second coupling elements **26A** spacedly provided at the first moving member **21** to detachably couple the first coupling elements **25A** so as to detachably couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**. Preferably, the first and second coupling elements **25A**, **26A** are magnetic elements adapted for magnetically attracting with each other. The first coupling elements **25A** are aligned in a ring shaped on the bottom surface **11** of the puzzle board **10**. The second coupling elements **26A** are provided on a top surface of the first ring member, i.e. the first moving member **21**, wherein the first and second coupling elements **25A**, **26A** are aligned with each other and are magnetically attracted with each other to detachably couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**.

Alternatively, as shown in FIG. **3A**, the board accessible unit **20** further comprises one or more coupling elements **25B** provided on at least one of the bottom surface **11** of the puzzle board **10** and the first moving member **21** to detachably couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**. In one embodiment, the coupling element **25B** is a self-adhering film or a self-sticking film provided on the first moving member **21** to detachably adhere on the bottom surface **11** of the puzzle board **10**. It is worth mentioning that the coupling element **25B** has a ring shape matching with the first moving member **21**, wherein the coupling element **25B** is re-usable to detachably adhere on the bottom surface **11** of the puzzle board **10** without damaging the detachably adhere on the bottom surface **11** of the puzzle board **10**. It is appreciated that the coupling element **25B** can be applied on the bottom surface **11** of the puzzle board **10** to detachably adhere to the first moving member **21**.

As shown in FIGS. **1** and **4**, the movable puzzle platform further comprises a supplement arrangement **30** configured

US 12,042,740 B2

7

not only for storing the puzzle pieces 100 before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces 100. In one embodiment, the supplement arrangement 30 has one or more drawer cavities 31 formed at sidewalls of the puzzle board 10 between the bottom surface 11 and the top surface 12 thereof and comprises one or more section puzzle boards 32 slidably received in the drawer cavities 31 respectively. According to the preferred embodiment of the present invention, each of the section puzzle boards 32, which is embodied as a puzzle drawer 32, has a section puzzle surface with an anti-slipping layer 14 attached thereon to serve as section puzzle floor 321 for preassembling a group of puzzle pieces 100 to form a section of the puzzle figure and storing the puzzle pieces 100.

According to the preferred embodiment, the drawer cavities 31 are formed at the transverse sides of the puzzle board 10 respectively. Particularly, two drawer cavities 31 are spacedly formed at each of the transverse sides of the puzzle board 10. In other words, two puzzle drawers 32 are slidably coupled at each of the transverse sides of the puzzle board 10. Therefore, four puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10. It is worth mentioning that each puzzle drawer 32 is independently actuated to slide in-and-out of the corresponding drawer cavity 31. Since the puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10, each puzzle drawer 32 is relatively long enough and each drawer cavity 31 is deep enough to retain the puzzle drawer 32 therein so as to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board 10 between the transverse sides thereof.

The supplement arrangement 30 further comprises a drawer holder 33 provided at the puzzle board 10 to retain the puzzle drawers 32 in the drawer cavities 31 respectively. In one embodiment, the drawer holder 33 comprises a first magnetic element 331 provided at an inner wall of the drawer cavity 31 and a second magnetic element 332 provided at the puzzle drawer 32 to magnetically attract with the first magnetic element 331 so as to retain the puzzle drawer 32 in the drawer cavity 31. Due to the magnetically attracting force between the first and second magnetic elements 331, 332, the puzzle drawers 32 are held within the drawer cavities 31 respectively to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing surface. When a pulling force is applied at one of the puzzle drawers 32 to overcome the magnetically attracting force, the puzzle drawer 32 can be pulled and slid out of the drawer cavity 31.

As shown in FIG. 5, the puzzle board 10 further comprises a kickstand 15 pivotally coupled at the bottom surface 11 of the puzzle board 10. Particularly, one end of the kickstand 15 is pivotally coupled at the bottom surface 11 of the puzzle board 10 while a free end of the kickstand 15 is adapted to pivotally fold from the puzzle board 10 to support on the playing surface. Therefore, when the kickstand 15 is pivotally folded on the bottom surface 11 of the puzzle board 10, the puzzle board 10 is movable on the playing surface via the board accessible unit 20. When the kickstand 15 is pivotally folded for supporting on the playing surface, the puzzle board 10 is inclined and supported on the playing surface. When the kickstand 15 is unfolded, the puzzle board 10 and the board accessible unit 20 are inclined and supported on

8

the playing surface, the kickstand 15 cooperates with at least a part of the puzzle board 10 for supporting the puzzle board 10 on the playing surface, a bottom of the board accessible unit 20 near the playing surface 40 is spaced apart from the playing surface, and the board accessible unit 20 is in a non-working state.

In one application, as shown in FIG. 6, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces 100 to form a puzzle game kit. Particularly, the area of the puzzle floor 101 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled, such that the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 101 after the puzzle pieces 100 are assembled. Furthermore, the puzzle board 10 is constructed to have a plurality of board panels. Therefore, the board panels, the board accessible unit 20 and the puzzle pieces 100 are packed in a box. In order to play the puzzle pieces 100, the board panels can be assembled edge-to-edge to form the puzzle board 10. Then, the board accessible unit 20 can be coupled at the bottom side 11 of the puzzle board 10 to form the movable puzzle platform for the user to move the puzzle board 10 on the playing surface and to assemble the puzzle pieces 100 on the top surface 12 of the puzzle board 10. Once the puzzle pieces 100 are completely assembled on the top surface 12 of the puzzle board 10, the board accessible unit 20 can be detached from the bottom side 11 of the puzzle board 10, such that the puzzle board 10 forms the puzzle frame for framing the puzzle pieces 100.

One skilled in the art will understand that the embodiment of the present invention as shown in the drawings and described above is exemplary only and not intended to be limiting.

It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

What is claimed is:

1. A movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:

a puzzle board comprising a top surface for placing the puzzle piece thereon; and

a board accessible unit coupled with the puzzle board and comprising a first moving member, a second moving member, and a first bearing unit coupled between the first moving member and the second moving member;

wherein the first moving member is rotatably mounted to the second moving member by the first bearing unit;

wherein at least a part of an outer circumferential surface of the first moving member is directly opposite to and facing at least a part of an inner circumferential surface of the second moving member via the first bearing unit to enable the second moving member to be coaxially rotated with respect to the first moving member;

wherein the board accessible unit further comprises an air gap formed by the outer circumferential surface of the first moving member and the inner circumferential surface of the second moving member, the air gap is without an object along a thickness direction of the board accessible unit; and

wherein the first moving member comprises a first horizontal flat base and a first rolling surface arranged along the first horizontal flat base.

US 12,042,740 B2

9

**2**. The movable puzzle platform, as recited in claim **1**, wherein the first rolling surface is curved towards the first horizontal flat base.

**3**. The movable puzzle platform, as recited in claim **1**, wherein the first bearing unit is partly overlapped with the first horizontal flat base in the thickness direction of the board accessible unit.

**4**. The movable puzzle platform, as recited in claim **1**, wherein the second moving member comprises a second horizontal flat base and the first bearing unit is partly overlapped with the second horizontal flat base in the thickness direction of the board accessible unit.

**5**. The movable puzzle platform, as recited in claim **4**, wherein the second moving member further comprises a protrusion protruded from the second horizontal flat base toward the first moving member along the thickness direction of the board accessible unit for engaging with the first bearing unit.

**6**. The movable puzzle platform, as recited in claim **4**, wherein the second moving member further comprises a recess extending from the second horizontal flat base towards the first moving member for dividing the second horizontal flat base into a first part and a second part.

**7**. The movable puzzle platform, as recited in claim **6**, wherein the area of the first part is substantially greater that of the second part, the first bearing unit is partly overlapped with the first part of the second horizontal flat base.

**8**. The movable puzzle platform, as recited in claim **1**, wherein the first moving member is coupled with the puzzle board.

**9**. The movable puzzle platform, as recited in claim **1**, wherein the second moving member is coupled with the puzzle board.

**10**. The movable puzzle platform, as recited in claim **1**, wherein a diameter of the first moving member is substantially smaller than a diameter of the second moving member.

**11**. A movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:

a puzzle board comprising a top surface for placing the puzzle piece thereon; and

a board accessible unit coupled with the puzzle board and comprising a first moving member, a second moving member, and a first bearing unit coupled between the

10

first moving member and the second moving member, wherein the first moving member is rotatably mounted to the second moving member by the first bearing unit;

wherein the first moving member having a first circumferential surface and the second moving member having a second circumferential surface directly opposite to the first circumferential surface;

wherein at least a part of the first circumferential surface of the first moving member is directly facing at least a part of the second circumferential surface of the second moving member to enable the second moving member to be coaxially rotated with respect to the first moving member;

wherein the board accessible unit further comprises an air gap formed by the first circumferential surface of the first moving member and the second circumferential surface of the second moving member, the air gap is without an object along a thickness direction of the board accessible unit; and

wherein the first moving member comprises a first flat base and a first rolling surface arranged along the first flat base.

**12**. The movable puzzle platform, as recited in claim **11**, wherein the first bearing unit is partly overlapped with the first flat base in the thickness direction of the board accessible unit.

**13**. The movable puzzle platform, as recited in claim **11**, wherein the first rolling surface is curved towards the first flat base.

**14**. The movable puzzle platform, as recited in claim **11**, wherein the second moving member comprises a second flat base and the first bearing unit is partly overlapped with the second flat base in the thickness direction of the board accessible unit.

**15**. The movable puzzle platform, as recited in claim **14**, wherein the second moving member further comprises a protrusion protruded from the second flat base toward the first moving member along the thickness direction of the board accessible unit for engaging with the first bearing unit.

*    *    *    *    *

EXHIBIT 4

US012048885B2

(12) **United States Patent**  (10) **Patent No.:** **US 12,048,885 B2**
Che et al.  (45) **Date of Patent:** **Jul. 30, 2024**

(54) **MOVABLE PUZZLE PLATFORM**

(71) Applicants: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

(72) Inventors: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/235,896**

(22) Filed: **Aug. 21, 2023**

(65) **Prior Publication Data**

US 2023/0390633 A1    Dec. 7, 2023

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 17/829,359, filed on Jun. 1, 2022, and a continuation-in-part of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551.

(30) **Foreign Application Priority Data**

| Sep. 26, 2021 | (CN) | .......................... 202111131554.1 |
| Sep. 26, 2021 | (CN) | .......................... 202122334815.1 |
| Jun. 13, 2023 | (CN) | ....................... 202330364018.X |

(51) **Int. Cl.**
*A63F 9/10*    (2006.01)

(52) **U.S. Cl.**
CPC ...... *A63F 9/1044* (2013.01); *A63F 2009/105* (2013.01)

(58) **Field of Classification Search**
CPC ............. A63F 9/1044; A63F 2009/105; A47B 13/081; A47B 13/083; A47B 41/00; A47B 41/02; A47B 83/043
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,987,496 A | * | 1/1935 | Springborn | ........... A63F 9/1044 |
| | | | | 273/157 R |
| 4,635,894 A | * | 1/1987 | Sammons | .............. F16M 11/08 |
| | | | | 384/615 |
| 10,517,391 B1 | * | 12/2019 | Fischer | .................... A47B 1/10 |
| 2010/0101461 A1 | * | 4/2010 | Brault | ............... A47B 13/003 |
| | | | | 108/140 |
| 2016/0281908 A1 | * | 9/2016 | Mackenzie | ........ A47B 13/088 |
| 2021/0170267 A1 | * | 6/2021 | Malki | .................. A63F 9/1044 |
| 2021/0170268 A1 | * | 6/2021 | Malki | .................. A63F 9/1044 |

* cited by examiner

*Primary Examiner* — Nkeisha Smith

(57) **ABSTRACT**

A movable puzzle platform includes a board assembly having a puzzle board with a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement having a supporting portion attached on a bottom surface of the puzzle board and having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall upwardly extended from the fixing portion of the puzzle board and having a first extending wall stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall. The puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play puzzles.

**29 Claims, 56 Drawing Sheets**







Fig. 1



Fig. 2



Fig. 3

Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13

1a



Fig. 14



Fig. 15



Fig. 16



Fig. 17



Fig. 18

Fig. 19



Fig. 20



Fig. 21

Fig. 22

90d



Fig. 23



Fig. 24



Fig. 25



Fig. 26



Fig. 27



Fig. 28



Fig. 29



Fig. 30



Fig. 31



Fig. 32



Fig. 33



Fig. 34



Fig. 35

I–I



Fig. 36



Fig. 37

Fig. 38



Fig. 39



Fig. 40

Fig. 41



Fig. 42



Fig. 43



Fig. 44



Fig. 45

E–E

20e



Fig. 46

F–F

20e



Fig. 47



Fig. 48



Fig. 49



Fig. 50



Fig. 51

J-J



Fig. 52

J-J



Fig. 53

Fig. 54



Fig. 55



Fig. 56



Fig. 57



Fig.58



K-K

Fig.59



Fig. 60



Fig. 61



Fig. 62



Fig. 63



Fig. 64



Fig. 65



Fig. 66



Fig. 67



Fig. 68



Fig. 69



Fig. 70



Fig. 71



Fig.72



Fig. 73



Fig.74



Fig. 75



Fig. 76



Fig. 77



Fig. 78

US 12,048,885 B2

1

# MOVABLE PUZZLE PLATFORM

## CROSS REFERENCES AND PRIORITIES

This application is a continuation-in-part of U.S. patent application Ser. No. 17/505,587 filed on 19 Oct. 2021, which claims the benefit of Chinese Patent Application Nos. 2021111315541 and 2021223348151 filed on Sep. 26, 2021 and U.S. patent application Ser. No. 17/829,359 filed on 1 Jun. 2022, the contents of each of which are incorporated by reference in their entirety.

## BACKGROUND OF THE PRESENT INVENTION

### Field of Invention

The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play the puzzle.

### Description of Related Arts

Puzzles are devised over the years and are among the most popular board games generally played alone by an individual. It is well known that puzzles are good for the brain. Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle. Generally speaking, the higher the piece count, the harder the puzzle is. However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large. For example, a finished size of 1,000 piece puzzles is about 30"×24", a finished size of 5,000 piece puzzles is about 60"×40", and so on. In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure. Therefore, to play a relatively large puzzle, for example 60"×40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

## SUMMARY OF THE PRESENT INVENTION

The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is con-

2

figured for allowing a player to conveniently play the puzzles. The movable puzzle platform comprises a board assembly comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

In the other aspect, the present invention provides another movable puzzle platform comprising a board assembly comprising a puzzle board comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extended from the fixing portion. The first extending wall is integral with a periphery of the first main supporting wall as a whole for forming a first receiving space for fixing the puzzle board.

Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an illustrative isometric view of a movable puzzle platform according to a first embodiment of the present invention.

FIG. **2** is an exploded perspective view of the movable puzzle platform shown in FIG. **1**.

FIG. **3** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **4** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, a puzzle board and a rotating assembly thereof being removed away.

FIG. **5** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **1**.

FIG. **6** is an illustrative isometric view of the restricting wall and the supporting portion of the movable puzzle platform shown in FIG. **1**, but from another aspect.

FIG. **7** is a cross-sectional view of the movable puzzle platform taken along line A-A of FIG. **1**.

FIG. **8** is a cross-sectional view of the movable puzzle platform taken along line B-B of FIG. **1**.

FIG. **9** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, but from another aspect.

FIG. **10** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, a base and the rotating assembly thereof being removed away.

FIG. **11** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **1**.

FIG. **12** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity, and the base thereof being removed away.

FIG. **13** is a side view of the rotating assembly of the movable puzzle platform shown in FIG. **1**.

US 12,048,885 B2

3

FIG. **14** illustrates an alternative mode of a rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **15** is a sectional view of a supplement arrangement of the movable puzzle platform shown in FIG. **1**.

FIG. **16** is an illustrative isometric view of the movable puzzle platform according to a second embodiment of the present invention.

FIG. **17** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, but from another aspect.

FIG. **18** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **19** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **16**.

FIG. **20** is an illustrative isometric view of a movable puzzle platform according to a third embodiment of the present invention.

FIG. **21** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **22** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, but from another aspect.

FIG. **23** is an illustrative isometric view of a movable puzzle platform according to a fourth embodiment of the present invention.

FIG. **24** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **25** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, two puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **26** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, three puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **27** is a cross-sectional view of the movable puzzle platform taken along line C-C of FIG. **23**.

FIG. **28** is a cross-sectional view of the movable puzzle platform taken along line D-D of FIG. **23**.

FIG. **29** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **30** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **31** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **32** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **33** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **34** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line G-G of FIG. **30**.

FIG. **35** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line H-H of FIG. **30**.

FIG. **36** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line I-I of FIG. **30**.

FIG. **37** is an illustrative isometric view of a movable puzzle platform according to a fifth embodiment of the present invention.

FIG. **38** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating a kickstand being in close position.

4

FIG. **39** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating the kickstand being in close position, but from another aspect.

FIG. **40** is a side view of the movable puzzle platform shown in FIG. **37**, illustrating the kickstand being pivotally folded to support a board assembly at an inclined manner on a playing place in open position.

FIG. **41** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **42** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **43** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, a first moving member thereof being removed away.

FIG. **44** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **45** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **46** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line E-E of FIG. **41**.

FIG. **47** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line F-F of FIG. **41**.

FIG. **48** is an illustrative isometric view of a movable puzzle platform according to a sixth embodiment of the present invention.

FIG. **49** is an illustrative isometric view of the movable puzzle platform shown in FIG. **48**, illustrating a kickstand being in open position.

FIG. **50** a partially exploded perspective view of the movable puzzle platform shown in FIG. **48**.

FIG. **51** is an illustrative isometric view of a movable puzzle platform according to a seventh embodiment of the present invention.

FIG. **52** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**.

FIG. **53** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**, but from another aspect.

FIG. **54** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, but from another aspect.

FIG. **55** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **56** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **57** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **51**.

FIG. **58** is an illustrative isometric view of a movable puzzle platform according to an eighth embodiment of the present invention.

FIG. **59** is a cross-sectional view of the movable puzzle platform taken along line K-K of FIG. **58**.

FIG. **60** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, a puzzle board thereof being removed away.

FIG. **61** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, the puzzle board thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **62** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, but from another aspect.

FIG. **63** is an illustrative isometric view of a movable puzzle platform according to a ninth embodiment of the present invention.

FIG. **64** is an illustrative isometric view of a movable puzzle platform according to a tenth embodiment of the present invention.

FIG. **65** is an illustrative isometric view of a movable puzzle platform according to an eleventh embodiment of the present invention.

FIG. **66** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **67** is an illustrative isometric view of the movable puzzle platform of the shown in FIG. **65**, a puzzle board and a rotating assembly thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **68** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **67**, the puzzle board and the rotating assembly thereof being removed away and the puzzle drawers thereof being removed away.

FIG. **69** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **70** is a cross-sectional view of the movable puzzle platform taken along line L-L of FIG. **69**.

FIG. **71** is a cross-sectional view of the movable puzzle platform taken along line M-M of FIG. **69**.

FIG. **72** is an illustrative isometric view of a movable puzzle platform illustrating another mode of a kickstand being in close position.

FIG. **73** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **72** being in open position.

FIG. **74** is an illustrative isometric view of the movable puzzle platform illustrating a third mode of a kickstand being in close position.

FIG. **75** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **74** being in open position.

FIG. **76** is an illustrative isometric view of a movable puzzle platform illustrating a fourth mode of a kickstand being in open position.

FIG. **77** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **76** being in close position.

FIG. **78** is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is disclosed to enable any person skilled in the art to make and use the present invention. Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art. The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

Referring to FIGS. **1** to **15**, a movable puzzle platform **1** according to a first embodiment of the present invention is illustrated, wherein the movable puzzle platform **1** is arranged for a user or a player to assemble a plurality of puzzle pieces **100** thereon. Accordingly, the movable puzzle platform **1** comprises a board assembly **90** and a rotating

assembly **20** attached on the board assembly **90**. The board assembly **90** comprises a puzzle board **10** for placing the puzzle pieces **100**, a supplement arrangement **30** attached on the puzzle board **10**, a base **40** attached on the supplement arrangement **30**, and a restricting wall **50** upwardly extended from a peripheral edge of the puzzle board **10**. The rotating assembly **20** is configured for allowing the board assembly **90** sliding on a playing place and provides accessibility for the board assembly **90** to move the board assembly **90** at different planar directions with respect to the playing place. The supplement arrangement **30** is configured not only for storing the puzzle pieces **100** before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces **100**. The supplement arrangement **30** and the restricting wall **50** are positioned at the two sides of the puzzle board **10**, respectively. Although good results have been shown with the board assembly **90** that is rectangular in shape, it is within the scope of the present invention that numerous other shapes of the board assembly **90** could be used to achieve the desired functionality as described herein. The movable puzzle platform **1** is manufactured from a suitable durable material such as wood combined with durable fiberboard. In another embodiment, a movable puzzle platform could be manufactured from plastic or fiberglass. In yet another embodiment, a puzzle board is made of non-slip felt surfaces to keep the puzzle pieces secure.

The puzzle board **10** with an even thickness may take any shape, such as circular, square, rectangular and so on. According to this embodiment as shown in FIGS. **1**-**2** and **11**, the puzzle board **10** is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X. Accordingly, the puzzle board **10** defines XY coordinate surface. The puzzle board **10** comprises a puzzle plate **101** for playing the puzzle pieces **100** thereon and a fixing portion **102** extending from the edge of the puzzle plate **101** and connected with the supplement arrangement **30** and the restricting wall respectively. The puzzle plate **101** comprises a flat playing surface **11** and a bottom surface **12** opposite to the playing surface **11**. It is worth mentioning that an area of the playing surface **11** is not smaller than an area of the puzzle pieces **100** being put together. Preferably, the area of the playing surface **11** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled. In other words, the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. It is worth mentioning that the puzzle board has a predetermined size adapted for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board **10**.

In this embodiment, the restricting wall **50** is substantially perpendicular to the puzzle board **10** and is generally four-piece type. The restricting wall **50** comprises a first extending wall **51** mounted on the fixing portion **102** and arranged in the longitudinal direction X, a second extending wall **52** mounted on the fixing portion **102** and spaced apart from the first extending wall **51**, a third extending wall **53** mounted on the fixing portion **102** and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51**, **52**, and a fourth extending wall **54** mounted on the fixing portion **102** and spaced apart from the third extending wall **53** for connected with the adjacent first and second extending walls **51**, **52**. The first and second extending walls **51**, **52** are parallel to each other in the longitudinal direction X. The third and fourth extending

7

8

walls 53, 54 are parallel to each other in the lateral direction Y. The restricting wall 50 is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces 100 off the puzzle plate 101. Each of extending walls is substantially strip-shaped and connected with the adjacent extending walls for forming the restricting wall 50 having a closed structure. The restricting wall with a closed curve shape is configured for preventing the puzzle pieces fall off from the puzzle board when the board assembly is rotated on the playing place via a rotation movement of the rotating assembly and/or when the board assembly is moved by a user or a player from one place to another. Each of extending walls may be detachably assembled edge-to-edge to form the restricting wall 50. It is optional that a restricting wall may be an integral unit. Optionally, adjacent extending walls are unconnected with each other. A restricting wall further four arc walls located on four corners of a puzzle plate and smoothly connecting two adjacent extending walls. It is optional that each arc wall is configured to be a part of a circle.

The supplement arrangement 30 comprises a supporting portion 301 connected with the bottom surface 12 of the puzzle plate 101 for forming at least one drawer cavity 31 and at least one puzzle drawer 32 received in the corresponding drawer cavity 31. The puzzle board 10 of the movable puzzle platform 1 has a thin and big size. A length and/or a width of the puzzle board 10 is much greater than a thickness of the puzzle board 10, so the supporting portion 301 is configured for improving the structural strength of the puzzle board 10. The supporting portion 301 is substantially perpendicular to the puzzle board 10 and may take any shape, such as circular, square, rectangular and so on. As shown in FIGS. 1-15, in this embodiment, the supplement arrangement 30 has six drawer cavities 31 and six puzzle drawers 32 received in the corresponding drawer cavity 31. The storing capacity of drawers vary as per varying sizes of the puzzle pieces. The drawer cavities 31 comprise four lateral cavities 302 and two longitudinal cavities 303. The four lateral cavities 302 comprise a first lateral cavity 33, a second lateral cavity 34, a third lateral cavity 35 and a fourth lateral cavity 36. The two longitudinal cavities 303 comprise a first longitudinal cavity 37 and a second longitudinal cavity 38. In this embodiment, the supporting portion is configured not only for improving the structural strength of the movable puzzle platform, but also for forming the drawer cavities together with the puzzle plate.

The supporting portion 301 comprises a first main supporting wall 311 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X, a second main supporting wall 312 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311, a first dividing supporting wall 313 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed between the first and second main supporting walls 311, 312, a second dividing supporting wall 314 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed between the first and second main supporting walls 311, 312, a first inner supporting wall 315 attached on the bottom surface 12 of the puzzle board 10 along the lateral direction Y and connected with the first and second main supporting walls 311, 312, and a second inner supporting wall 316 attached on the bottom surface 12 of the puzzle board 10 along the lateral direction Y and connected with the first and second main supporting walls 311, 312. The first and second dividing supporting walls 313, 314 are spaced apart from each

other. The first and second inner supporting walls 315, 316 are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313, 314 and the first and second main supporting walls 311, 312 are disposed parallel to each other. The first dividing supporting wall 313 connects with the first inner supporting wall 315 and the second dividing supporting wall 314 connects with the second inner supporting wall 316 for forming crossing structures, respectively. The first and second inner supporting walls 315, 316 are not exposed from the first and second main supporting walls 311, 312, respectively.

One end of the first dividing supporting wall 313 is connected with the first inner supporting wall 315 and is substantially perpendicular to the first inner supporting wall 315, and another end of the first dividing supporting wall 313 and the third extending wall 53 partly overlap in a thickness direction of the board assembly One end of the second dividing supporting wall 314 is connected with the second inner supporting wall 316 and is substantially perpendicular to the second inner supporting wall 316 and another end of the second dividing supporting wall 314 and the fourth extending wall 54 partly overlap in a thickness direction of the board assembly 90. The first lateral cavity 33 is formed by the first main supporting wall 311 cooperated with the first dividing supporting wall 313 and the first inner supporting wall 315. The second lateral cavity 34 is formed by the second main supporting wall 312 cooperated with the first dividing supporting wall 313 and the first inner supporting wall 315. The third lateral cavity 35 is formed by the second main supporting wall 312 cooperated with the second dividing supporting wall 314 and the second inner supporting wall 316. The fourth lateral cavity 36 is formed by the first main supporting wall 311 cooperated with the second dividing supporting wall 314 and the second inner supporting wall 316. In this embodiment, the first dividing supporting wall 313 cooperates with the first and second main supporting wall 311,312 for varying volumes of the first and second lateral cavities 33, 34. Moreover, the second dividing supporting wall 314 cooperates with the first and second main supporting wall 311, 312 for varying volumes of the third and fourth lateral cavities 35, 36.

The supporting portion 30 further comprises a third dividing supporting wall 317 extending from the bottom surface 12 of the puzzle plate 101 along the longitudinal direction X and connected with the first and second inner supporting walls 315, 316 and a fourth dividing supporting wall 318 extending from the bottom surface 12 of the puzzle plate 101 along the longitudinal direction X and connected with the first and second inner supporting walls 315, 316. The third and fourth dividing supporting walls 317, 318 are located between the first and second inner supporting walls 315, 316 and spaced apart to each other. The third and fourth dividing supporting walls 317, 318 are parallel to the first and second main supporting walls 311, 312. The first and second main supporting walls and the first through fourth dividing supporting walls are configured for improving the structural strength of the movable puzzle platform along the longitudinal direction X, respectively. The first and second inner supporting walls are configured for improving the structural strength of the movable puzzle platform along the lateral direction Y, respectively. The first and second inner supporting walls and the first through fourth dividing supporting walls are arranged between the first and second main supporting walls, respectively. The main supporting walls and the inner supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar

US 12,048,885 B2

9

complementary conformation. The inner supporting walls and the dividing supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. Optionally, each of the main supporting walls, each of the inner supporting walls and/or each of the dividing supporting walls may be extended in any direction, spaced apart with each other and/or spaced apart from the bottom surface of the puzzle board as long as it is configured for improving the structural strength of the board assembly and/or forming the drawer cavity together with the puzzle plate.

The first main supporting wall **311** comprises a right first part **3111** connected with the first inner supporting wall **315**, a left first part **3112** connected with the second inner supporting wall **316** and spaced apart from the right first part **3111** for forming a first opening **3113**. The first longitudinal cavity **37** is formed by the first and second inner supporting walls **315**, **316** together with the third dividing supporting wall **317**. The first longitudinal cavity **37** is communicated with the first opening **3113**, so that the corresponding puzzle drawer **32** can be slide in-and-out through the first opening **3113**. The second main supporting wall **312** comprises a right second part **3121** connected with the first inner supporting wall **315**, a left second part **3122** connected with the second inner supporting wall **316** and spaced apart from the right second part **3121** for forming a second opening **3123**. The second longitudinal cavity **38** is formed by the first and second inner supporting walls **315**, **316** together with the fourth dividing supporting wall **318**. The second longitudinal cavity **38** is communicated with the second opening **3123**, so that the corresponding puzzle drawer **32** can be slide in-and-out through the second opening **3123**.

According to the first embodiment, the four lateral cavities **302** are formed at the transverse sides of the puzzle board **10** respectively. Particularly, the first and second lateral cavities **33**, **34** are spacedly formed at each of the transverse sides of the puzzle board **10**. The third and fourth lateral cavities **35**, **36** are spacedly formed at each of the other transverse sides of the puzzle board **10**. In other words, two corresponding puzzle drawers **32** are slidably coupled at each of the transverse sides of the puzzle board **10**. Therefore, four puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**. It is worth mentioning that each puzzle drawer **32** is independently actuated to slide in-and-out of the corresponding lateral cavity **302**. Since the puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**, each puzzle drawer **32** is relatively long enough and each drawer cavity **31** is deep enough to retain the puzzle drawer **32** therein so as to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board between the transverse sides thereof.

Each of the puzzle drawer **32** comprises a rectangular bottom panel **321** slidably received in the corresponding drawer cavity **31**, a front panel **322** extending from the bottom panel **321**, a back panel **323** extending from the bottom panel **321** and opposite to the front panel **322**, a pair of side panels **324** extending from the bottom panel **321** for connected with the front panel **322** and the back panel **323**. Optionally, each of the puzzle drawer **32** further comprises an anti-slipping layer **325** attached the bottom panel **321** for preassembling a group of puzzle pieces **100** to form a section of the puzzle figure and storing the puzzle pieces **100**. Each of drawer cavity **302** comprises a gap **326** formed between

10

the pair of side panels **324** and the corresponding supporting portion **301**, thereby reducing the friction between the pair of side panels **324** and the corresponding supporting portion **301** when each of the puzzle drawer **32** is pulled and slid out of the corresponding drawer cavity **31**.

The supplement arrangement **30** further comprises a drawer holder **304** provided at the puzzle board **10** to retain the puzzle drawers **32** in the drawer cavities **31** respectively. In this embodiment, the drawer holder **304** comprises a first magnetic element **331** provided at an inner wall of the drawer cavity **31** and a second magnetic element **332** provided at the puzzle drawer **32** to magnetically attract with the first magnetic element **331** so as to retain the puzzle drawer **32** in the drawer cavity **31**. Due to the magnetically attracting force between the first and second magnetic elements **331**, **332**, the puzzle drawers **32** are held within the drawer cavities **31** respectively to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing place. When a pulling force is applied at one of the puzzle drawers **32** to overcome the magnetically attracting force, the puzzle drawer **32** can be pulled and slid out of the drawer cavity **31**.

In this embodiment, the first extending wall **51** is integral with a periphery of the first main supporting wall **311** as a whole for forming a first monolithic portion **55**. The first monolithic portion **55** comprises a first receiving space **103** for fixing and receiving the fixing portion **102** of the puzzle board **10**. The second extending wall **52** is integral with a periphery of the second main supporting wall **312** as a whole for forming a second monolithic portion **56**. The second monolithic portion **56** comprises a second receiving space **104** for fixing and receiving the fixing portion **102** of the puzzle board **10**. Optionally, a first monolithic portion further comprises a first fixing space positioned below the first receiving space and formed on the first main supporting wall for fixing and receiving one ends of the first and second inner supporting walls, respectively. A second monolithic portion further comprises a second fixing space positioned below the second receiving space and formed on the second main supporting wall for fixing and receiving another ends of the first and second inner supporting walls. When assembled, one ends of the first and second inner supporting walls are inserted into the first fixing space and are not exposed from the first main supporting wall of the first monolithic portion. Another ends of the first and second inner supporting walls are inserted into the second fixing space and are not exposed from the second main supporting wall of the second monolithic portion. The first receiving space is parallel to the first fixing space. The second receiving space is parallel to the second fixing space.

Therefore, the combination of the first extending wall **51**, the puzzle board **10** and the first main supporting wall **311** is stable and reliable. The combination of the second extending wall **52**, the puzzle board **10** and the second main supporting wall **312** is stable and reliable. The combination of first and second inner supporting walls **315**, **316** and the first and second main supporting wall **311**, **312** is stable and reliable. The side of the fixing portion **102** is accommodated in the first and second receiving spaces **103**, **104**, which is not exposed from the first and second monolithic portions **55**, **56**, thus can avoid the puzzle board **10** being removed from the restricting wall **50** and the first and second main supporting walls **311**,**312** under larger exterior impact, or under the condition of failure in gluing. The third extending wall **53** is directly stacked on the fixing portion **102** of the puzzle board **10** and the fourth extending wall **54** is directly

US 12,048,885 B2

11

stacked on the fixing portion 102 of the puzzle board 10. The third and fourth extending walls are stacked on the fixing portion 102 of the puzzle board 10 by suitable chemical or mechanical methods such as but not limited to glue or wood screws, respectively. When assembled, the side of the fixing portion 102 is exposed out of the third and fourth extending walls 53, 54, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency.

Referring to FIG. 5, each of extending walls comprises an inner surface 57, an outer surface 58 opposite to the inner surface 57, and a pair of side surfaces 59 connecting the inner and outer surfaces 57, 58. The side surface of one extending wall is engaged with the inner surface of the adjacent extending wall. Particularly, the side surface of the third and fourth extending walls are engaged with the inner surface of the adjacent first and second extending walls, respectively. In other words, the side surface of the extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent extending wall. The third extending wall 53 comprises a third extending body 531 and a pair of third fastening portions 532 projecting from two ends of the third extending body 531 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. The fourth extending wall 54 comprises a fourth extending body 541 and a pair of fourth fastening portions 542 projecting from two ends of the fourth extending body 541 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. Optionally, a fastening portion may be provided on the longitudinal extending wall and a receiving space may be provided on the lateral extending wall for receiving and fixing the fastening portion.

The first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic, wood, or metal. When the first extending wall 51 is made of plastic by molding, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. When the first extending wall 51 is made of metal by stamping, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of aluminum, the weight of the movable puzzle platform 1 can be reduced. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of stainless steel or tempered steel, the structural strength of the movable puzzle platform 1 can be improved. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic or wood, the manufacturing cost of the movable puzzle platform 1 can be reduced. The second extending wall 52 has the same structure as the first extending wall 51 and the second main supporting wall 312 has the same structure as the first main supporting wall 311.

The base 40 is assembled with the supporting portion 301 of the supplement arrangement 30 for supporting the movable puzzle platform 1 on the playing place such as a table surface, a wall surface, a floor surface, and the like or even a support frame for supporting the movable puzzle platform 1 on ground. The base 40 is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and covering the supporting portion 301. In this embodiment, the bottom panel 321 of each of the puzzle drawer 32 is mounted on the base 40 and slid on the base 40 directly. So, the base is configured not only holding

12

the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion 301, but also for allowing each of the puzzle drawer 32 to be slid in-and-out of the corresponding drawer cavity 31. The base 40 is stacked on the supporting portion 301 by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Optionally, a base is integral with at least a part of the supporting portion of the supplement arrangement as a whole for forming a stable and reliable structure.

As shown in FIG. 2, the puzzle board 10 further comprises an anti-slipping layer 14 overlappedly provided on the playing surface 11 for preventing the puzzle pieces 100 being slipped thereon. Preferably, the anti-slipping layer 14 has a self adhesive bottom surface adhered on the playing surface 11, wherein the anti-slipping layer 14 can be removed from the playing surface 11 without damaging the playing surface 11 and the anti-slipping layer 14. Therefore, the anti-slipping layer 14 is reusable to place on the playing surface 11. Furthermore, the anti-slipping layer 14 serves as a backing layer of the puzzle pieces 100 after the puzzle pieces 100 are assembled.

It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board 10 can be embodied as an electronic screen, such as a TV display or LED screen, and the playing surface 11 is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the rotating assembly 20 is mounted to the bottom of the electronic board assembly 90 for allowing the electronic board assembly 90 to smoothly slide on the playing place that provides accessibility for moving the electronic board assembly 90 at different planar directions with respect to the playing place.

As shown in FIGS. 2, 9 and 13-15, the rotating assembly 20 comprises a first moving member 21 coupled at the base 40 and a second moving member 22 rotatably coupled to the first moving member 21. It is worth mentioning that the rotating assembly 20 is preferred to be coupled coaxially with a center of gravity of the board assembly 90, for example at a center portion of the board assembly 90, such that the board assembly 90 can be moved on the playing place in a balancing manner.

According to this embodiment of the present invention, the board assembly 90 is adapted for being self-rotated 360° on the playing place via a rotation movement between the first and second moving members 21, 22. In other words, the user is able to selectively rotate the board assembly 90 from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the board assembly 90. For example, the user is able to assemble one puzzle piece 100 at one side of the board assembly 90 and to rotate the board assembly 90 at 180° in order to assembly another puzzle piece 100 at an opposed side of the board assembly 90, so as to speed up the assembling time of the puzzle pieces 100. It should be understood that a rotating angle of the puzzle board 10 can be adjusted to be smaller than 360°.

In this embodiment, the rotating assembly 20 is detachably coupled at the base 40. As shown in FIGS. 2, 9 and 13-15, the rotating assembly 20 comprises a plurality of coupling members 25 extended from the first moving member 21 to detachably couple at the base 40. Preferably, the

13

coupling members 25 are integrally extended from an inner circumferential surface of the first ring member, i.e. the first moving member 21, wherein each of the coupling members 25 has a coupling slot formed thereon to detachably couple at the base 40 by inserting screws through the coupling slot to the base 40. It is worth mentioning that a plurality of screw holes are formed at the base 40, such that the screws can engage with the screw holes through the coupling slot to couple the rotating assembly 20 at the base 40.

The rotating assembly 20 further comprises a second bearing unit 24 provided at a bottom side of the second moving member 22 for sliding the puzzle board 10 on the playing surface at different planar directions via the second moving member 22. Via the second bearing unit 24 at the second moving member 22, the puzzle board 10 is able to selectively slide on the playing place at any direction with respect to the XY coordinate surface. Via the first bearing unit 23, the puzzle board 10 is able to selectively rotate on the playing surface with respect to XY coordinate surface. In other words, the puzzle board 10 is able to freely move at XY coordinate surface, so as to adjust the planer angle of the puzzle board 10 with respect to the user conveniently.

Alternatively, as shown in FIG. 14, the rotating assembly 20 further comprises one or more first coupling elements 25A spacedly provided on the base 40, and one or more second coupling elements 26A spacedly provided at the first moving member 21 to detachably couple the first coupling elements 25A so as to detachably couple the rotating assembly 20 at the base 40. Preferably, the first and second coupling elements 25A, 26A are magnetic elements adapted for magnetically attracting with each other. The first coupling elements 25A are aligned in a ring shaped on the base 40. The second coupling elements 26A are provided on a playing surface of the first ring member, i.e. the first moving member 21, wherein the first and second coupling elements 25A, 26A are aligned with each other and are magnetically attracted with each other to detachably couple the rotating assembly 20 at the base 40.

The rotating assembly 20 is coupled with the base 40 and made of plastic or metal and so on. In this embodiment, the first and second moving members 21, 22 are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member 21 is smaller than a diameter of the second moving member 22. The rotating assembly 20 further comprises a first bearing unit 23 coupled between the first and second moving members 21, 22, such that when the first moving member 21, i.e. the first ring member, is rotated within the second moving member 22, i.e. the second ring member, the board assembly 90 is self-rotated 360° on the playing place. Particularly, an outer circumferential surface of the first moving member 21 is engaged with an inner circumferential surface of the second moving member 22 via the first bearing unit 23 to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21.

The rotating assembly 20 further comprises a plurality of friction pads 28 intervally attached on the second moving member 22 for enhancing relative friction between the second moving member 22 and the playing place and ensuring the position of the movable puzzle platform 1, so that the board assembly 90 is in rotatable state. The rotating assembly with friction pads is easy to conveniently control the board assembly compared with castors or other similar swivel-type wheels attached on the board assembly.

FIGS. 16-19 show a movable puzzle platform 1a of a second embodiment of the present invention. A movable

14

puzzle platform 1a according to the second embodiment of the present invention is illustrated, wherein the movable puzzle platform 1a is arranged for a user or a player to assemble a plurality of puzzle pieces 100a thereon. Accordingly, the movable puzzle platform 1a comprises a board assembly 90a and a rotating assembly 20a attached on the board assembly 90a. The board assembly 90a comprises a puzzle board 10a, a supplement arrangement 30a attached on the puzzle board 10a, a base 40a attached on the supplement arrangement and a restricting wall 50a upwardly extended from a peripheral edge of the puzzle board 10a.

The second embodiment is similar to the first embodiment of the present invention except that: (1) The restricting wall 50a is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board 10a can be omitted, so the restricting wall 50a is an unclosed structure for forming a surrounding opening 501a. (2) Two longitudinal cavities can be omitted. The supplement arrangement 30a has four lateral drawer cavities 302a and four puzzle drawers 32a received in the corresponding drawer cavity 302a.

In this embodiment, the restricting wall 50a is substantially perpendicular to the puzzle board 10a and comprises a first extending wall 51a mounted on the puzzle board 10a and arranged in the longitudinal direction X, a second extending wall 52a mounted on the puzzle board 10a and spaced apart from the first extending wall 51a, and a third extending wall 53a mounted on the puzzle board 10a and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51a, 52a. The first and second extending walls 51a, 52a are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for providing comfort for the player's arm while using the board assembly 90a while seated at the surrounding opening 501a. The assembled puzzle pieces 100 can be removed out completely via the surrounding opening 501a. It is optional that any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all the extending walls can be omitted. The restricting wall 50a can be easily disassembled and reassembled from the puzzle board 10a.

FIGS. 20-22 show a movable puzzle platform 1b of a third embodiment of the present invention. A movable puzzle platform 1b according to the third embodiment of the present invention is illustrated, wherein the movable puzzle platform 1b comprises a puzzle board 10b, a rotating assembly 20b attached on the puzzle board 10b, a supplement arrangement 30b attached on the puzzle board 10b, a base 40b attached on the supplement arrangement 30b, and a restricting wall 50b upwardly extended from a peripheral edge of the puzzle board 10b.

The third embodiment is similar to the first embodiment of the present invention except that the restricting wall 50b is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board can be omitted, so the restricting wall 50b is an unclosed structure for forming a surrounding opening 501b. In this embodiment, the restricting wall 50b is substantially perpendicular to the puzzle board 10b and comprises a first extending wall 51b mounted on the puzzle board 10b and arranged in the longitudinal direction X, a second extending wall 52b mounted on the puzzle board 10b and spaced apart from the first extending wall 51b, and a third extending wall 53 mounted on the puzzle board 10b and arranged in the lateral direction Y for connected with the adjacent first and second

US 12,048,885 B2

15

extending walls **51***b*, **52***b*. The first and second extending walls **51***b*, **52***b* are parallel to each other in the longitudinal direction X. The surrounding opening **501***a* is configured for the convenience of the player's arm is supported directly on the puzzle board **10**. Optionally, any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all extending walls can be omitted.

FIGS. **23-36** show a movable puzzle platform **1***d* of a fourth embodiment of the present invention comprises a board assembly **90***d* and a rotating assembly **20***d* attached on the board assembly **90***d*. The board assembly **90***d* comprises a puzzle board **10***d*, a supplement arrangement **30***d* attached on the puzzle board **10***d*, and a restricting wall **50***d* upwardly extended from a peripheral edge of the puzzle board **10***d*. The puzzle board **10***d* comprises a puzzle plate **101***d* with a bottom surface **12***d* for playing the puzzle pieces **100***d* thereon. The supplement arrangement **30***d* comprises at least one puzzle drawer **32***d*, at least one drawer cavity **31***d* for receiving the corresponding puzzle drawer **32***d*, and a supporting portion **301***d* connected with the bottom surface **12***d* of the puzzle plate **101***d* for forming the drawer cavity **31***d*.

The four embodiment is similar to the first embodiment of the present invention except that the movable puzzle platform **1***d* further comprises a complementary conformation **80***d* provided between the puzzle drawer **32***d* and the corresponding supporting portion **301***d* for holding the puzzle drawer **32***d* and preventing the puzzle drawer **32***d* from falling off the supporting portion **301***d*, so a base can be omitted and the rotating assembly **20***d* is directly attached on the supplement arrangement **30***d*. Each of the puzzle drawer **32***d* comprises a rectangular bottom panel **321***d* slidably received in the corresponding drawer cavity **31***d* and a pair of side panels **324***d* extending from the bottom panel **321***d*. The complementary conformation **80***d* comprises a pair of engaging portions **326***d* extending outwardly from a pair of side panels **324***d* towards the corresponding supporting portion **301***d* and a pair of engaging slots **305***d* provided on the corresponding supporting portion **301***d* for receiving the corresponding engaging portions **326***d*. In usage state, each of the engaging portions **326***d* is configured for smoothly sliding in the corresponding engaging slot **305***d*. The extending direction of the slots **305***d* is parallel to that of the corresponding supporting portion **301***d*.

The supporting portion **301***d* further comprises a pair of main supporting walls **311***d*, a first inner supporting portions **315***d* attached on the bottom surface **12***d* of the puzzle board **10***d* along the lateral direction Y and positioned between the pair of main supporting walls **311***d*, and a second inner supporting wall **316***d* attached on the bottom surface **12***d* of the puzzle board **10***d* along the lateral direction Y, a first dividing supporting wall **313***d* attached on the bottom surface **12***d* of the puzzle board along the longitudinal direction X and extending from the first inner supporting portion **315***d* away from the second inner supporting wall **316***d*, a second dividing supporting wall **314***d* attached on the bottom surface **12***d* of the puzzle board **10***d* along the longitudinal direction X and extending from the second inner supporting portion **316***d* away from the first inner supporting wall **315***d*, a third dividing supporting wall **317***d* extending from the bottom surface **12***d* of the puzzle board **10***d* along the longitudinal direction X and connected with the first and second inner supporting walls **315***d*, **316***d* and a fourth dividing supporting wall **318***d* extending from the bottom surface **12***d* of the puzzle board **10***d* along the longitudinal direction X and connected with the first and second inner supporting walls **315***d*, **316***d*. An outer diameter of the rotating assembly **20***d* is greater than a distance from the first

16

inner supporting wall **315***d* to the second inner supporting wall **316***d*. The rotating assembly **20***d* is connected with the first and second inner supporting portions **315***d*, **316***d* and the first through fourth dividing supporting walls **313***d*, **314***d*, **317***d*, **318***d*, respectively. The first and second inner supporting walls **315***d*, **316***d* are exposed from the main supporting walls **311***d*, respectively. Optionally, each of engaging slots is long enough to retain a corresponding supporting portion therein so as to improve the structural strength of a movable puzzle platform, such that an inner supporting wall is able to be inserted into the corresponding engaging slot of the main supporting wall or the dividing supporting wall is able to be inserted into the corresponding engaging slot of the inner supporting wall.

The rotating assembly **20***d* comprises a first moving member **21***d* coupled at the supporting portion **301***d* of the supplement arrangement **30***d*, a second moving member **22***d* rotatably coupled to the first moving member **21***d*, and a bearing unit **23***d* coupled between the first and second moving members **21***d*, **22***d*. The bearing unit **23***d* is constructed to have a holding ring **231***d* and a plurality of ball bearings **232***d* spacedly retained at the holding ring **231***d* in a rotatable manner, such that when the holding ring **231***d* is coaxially held between the first and second moving members **21***d*, **22***d*, the ball bearings **232***d* are rotatably sandwiched between the first and second moving members **21***d*, **22***d* so as to enable the first and second moving members **21***d*, **22***d* being coaxially moved with each other. In this embodiment, the first moving member **21***d* is rotatably and mounted to the second moving member **22***d* by the bearing unit **23***d*, thereby enabling the puzzle board **10***d* to be self-rotated on the playing place. In one embodiment, a ratio of an inner diameter of the first moving member to an outer diameter of the first moving member is in a range of 0.95 to 0.5, a ratio of an inner diameter of the second moving member to an outer diameter of the second moving member is in a range of 0.95 to 0.5.

The first moving member **21***d* comprises a flat first middle portion **211***d*, a first projecting portion **212***d* extending from the center of the first middle portion **211***d* toward the second moving member **22***d*, a first rolling surface **213***d* provided on the first projecting portion **212***d* for directly engaging with the ball bearings **232***d*, a pair of first engaging wall **214***d* extending from the first middle portion **211***d* and spaced apart from the first projecting portion **212***d* and a first engaging body **215***d* projecting from the first engaging wall **214***d* toward the second moving member **22***d*. The second moving member **22***d* comprises a flat second middle portion **221***d*, a second projecting portion **222***d* extending from the center of the second middle portion **221***d* toward the first moving member **21***d*, a second rolling surface **223***d* provided on the second projecting portion **221***d* for engaging with the ball bearings **232***d*, a pair of second engaging wall **224***d* extending from the second middle portion **221***d* and spaced apart from the second projecting portion **222***d* and a second engaging body **225***d* projecting from the second engaging wall **224***d* and constantly engaged with the first engaging body **215***d* to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**. The first and second rolling surfaces **213***d*,**223***d* may be a ring-shaped groove. Optionally, the first and second rolling surfaces can be omitted. Ball bearings are engaged with a first projecting portion and a second projecting portion directly. The rotating assembly **20** further comprises a plurality of friction pads **28***d* intervally attached on the second moving member **22** and/or the first moving member **21** for enhancing relative friction between the

US 12,048,885 B2

17

second moving member **22** and the playing place and/or the board assembly **90** and the first moving member **21** and ensuring the position of the movable puzzle platform **1**d, so that the board assembly **90** is in rotatable state.

The holding ring **231**d is a substantially flat ring, which is a whole entirety ring and indivisible, and comprises a retaining ring **26**d having a diameter generally equal to the circular first and second rolling surfaces **213**d, **223**d, a plurality of retaining base **24**d intervally and integrally protruded on one side of the retaining ring **26**d and a plurality of retaining holes **25**d drilled completely through the corresponding retaining base **24**d for the plurality of ball bearings **232**d being rotatably retained therein respectively. Each of the retaining holes **25**d comprises a pair of locking openings **251**d spaced apart from each other and a connecting hole **252**d integrally and smoothly connected with the pair of locking openings **251**d and coaxial with respect to the locking openings **251**d. An upper surface of the retaining holes **25**d is coplanar with that of the retaining ring **26**d. Diameters of the locking openings **251**d are slightly smaller than that of the ball bearings **232**d so as to lock the plurality of ball bearings **232**d in position respectively while allowing the plurality of ball bearings **232**d in a free rolling manner. The connecting hole **252**d is slightly greater than that of ball bearings **232**d for receiving the ball bearings **232**d in a rollable manner. In this embodiment, a side edge of the retaining ring **26**d is aligned with that of the first and second projecting portions **212**d, **222**d, respectively.

FIGS. **37-47** show a movable puzzle platform **1**e of a fifth embodiment of the present invention comprises a board assembly **90**e and a rotating assembly **20**e attached on the board assembly **90**e. The board assembly **90**e comprises a puzzle board **10**e, a supplement arrangement **30**e attached on the puzzle board **10**e, and a restricting wall **50**e upwardly extended from a peripheral edge of the puzzle board **10**e.

The supplement arrangement **30**e comprises a supporting portion **301**e connected with a bottom surface **12**e of the puzzle board **10**e for forming at least one drawer cavity **31**e and at least one puzzle drawer **32**e received in the corresponding drawer cavity **31**e. The supporting portion **301**e comprises a first main supporting wall **311**e attached on the bottom surface **12**e of the puzzle board **10**e along the longitudinal direction X, a second main supporting wall **312**e attached on the bottom surface **12**e of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311**e, a first dividing supporting wall **313**e attached on the bottom surface **121**e of the puzzle board **10**e along the longitudinal direction X and disposed between the first and second main supporting walls **311**e, **312**e, a second dividing supporting wall **314**e attached on the bottom surface **12**e of the puzzle board **10**e along the longitudinal direction X and disposed between the first and second main supporting walls **311**e, **312**e, a first inner supporting wall **315**e attached on the bottom surface **12**e of the puzzle board **10**e along the lateral direction Y and connected with the first and second main supporting walls **311**e, **312**e, and a second inner supporting wall **316**e attached on the bottom surface **12**e of the puzzle board **10**e along the lateral direction Y and connected with the first and second main supporting walls **311**e, **312**e. The first and second dividing supporting walls **313**e, **314**e are spaced apart from each other. The first and second inner supporting walls **315**e, **316**e are spaced apart from each other and disposed parallel to each other for forming a supporting space **319**e. The first and second dividing supporting walls **313**e, **314**e and the first and second main supporting walls **311**e, **312**e are disposed parallel to each other. The first

18

dividing supporting wall **313**e connects with the first inner supporting wall **315**e and the second dividing supporting wall **314**e connects with the second inner supporting wall **316**e.

The movable puzzle platform **1**e further comprises a kickstand **15** pivotally coupled at the board assembly **90**e. The kickstand **15** is manufactured from a suitable durable material such as wood, plastic, fiberglass or metal. In this embodiment, the kickstand **15** is collapsible and pivotally coupled at the supplement arrangement **30**e. Particularly, one end of the kickstand **15** is pivotally coupled at the supplement arrangement **30**e while a free end of the kickstand **15** is adapted to pivotally fold from the puzzle board **10**e to support on a playing place. Therefore, when the kickstand **15** is pivotally folded on the puzzle board **10**e, the board assembly **90**e is movable on the playing place via the rotating assembly **20**e. In another words, in open position, the kickstand **15** is pivotally folded for supporting on the playing place and the puzzle board **10**e is inclined and supported on the playing place. The open position is the desired position for the user of the movable puzzle platform **1**e during the assembly process. In closed position, the kickstand **15** is pivotally received in the supporting space **319**e of the supporting portion **301**e and substantially parallel to the board assembly **90**e. This position is desirable for storage, movement and transportation of the movable puzzle platform **1**e. The kickstand **15** having a generally H-shaped and comprises a first supporting arm **151** pivotally coupled at the first inner supporting wall **315**e, a second supporting arm **152** parallel to the first supporting arm **151** and pivotally coupled at the second inner supporting wall **316**e, at least one fastening arm **153** detachably connected with the first and second supporting arms **151**, **152**. Each of the supporting arms **151**, **152** is capable of detachably fastening to the corresponding inner supporting walls **315**e, **316**e. An extending direction of the first supporting arm **151** is different from that of the fastening arm **153**. Optionally, when a board assembly of a movable puzzle platform further comprise a base, a kickstand may pivotally coupled at the base directly.

The supporting portion **30** further comprises a third dividing supporting wall **317**e extending from the bottom surface **12**d of the puzzle board **10**e along the longitudinal direction X and connected with the first and second inner supporting walls **315**e, **316**e and a fourth dividing supporting wall **318**e extending from the bottom surface **12**e of the puzzle board **10**e along the longitudinal direction X and connected with the first and second inner supporting walls **315**e, **316**e. The supporting space **319**e is formed by the first and second inner supporting walls **315**e, **316**e and the third and fourth dividing supporting walls **317**e, **318**e. Optionally, the first and second supporting arms may pivotally couple at the third or fourth dividing supporting wall.

In this embodiment, the rotating assembly **20**e is coupled with the kickstand and comprises a first moving member **21**e coupled at the kickstand **40**e and a second moving member **22**e rotatably coupled to the first moving member **21**e. It is worth mentioning that the rotating assembly **20**e is preferred to be coupled coaxially with a center of gravity of the board assembly **90**e, such that the puzzle board **10**e can be moved on the playing place in a balancing manner. The rotating assembly **20**e further comprises a plurality of ball bearings **23**e rotatably sandwiched between the first and second moving members **21**e, **22**e, such that when the first moving member **21**e is rotated within the second moving member **22**e, the board assembly **90**e is self-rotated 360° on the playing place.

US 12,048,885 B2

19

The first moving member 21e comprises a first middle portion 211e, an inclining portion 212e extending downwardly from the periphery of the first middle portion 211e and surrounding the first middle portion 211e for avoiding the first moving member 21e colliding with the puzzle board 10e of the board assembly 90e, a first projecting portion 213e extending upwardly from the periphery of the inclining portion 212e and surrounding the inclining portion 212e, and an edge portion 214e extending the periphery of the first projecting portion 213e and away from the first middle portion 211e. The second moving member 22e comprises a second middle portion 221e, a second projecting portion 223e extending downwardly from the periphery of the second middle portion 221e and from the first projecting portion 213e, and a bending portion 224e bent upward from the periphery of the second projecting portion 213e for forming an accommodating space 225e for receiving the edge portion 214e. The bending portion 224e is unconnected with the edge portion 214e for forming a rotating gap 226e to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21 and preventing the first moving member 21e detaching from the second moving member 22e. The accommodating space 225e cooperated with the rotating gap 226e is configured to supply sufficient rotating space for the edge portion 214e of the first moving member 21e. The first moving member 21e and a second moving member 22e is substantially circular platy shape. The first moving member 21e further comprises a first through hole 210e provide on the first middle portion 211e for greatly reducing material cost. The second moving member 22e further comprises a second through hole 220e provide on the second middle portion 221e for greatly reducing material cost. The rotating assembly 20e is made of aluminum, stainless steel by metal stamping techniques. Optionally, a bending portion is connected with the edge portion as long as a second moving member is coaxially rotated with respect to a first moving member and preventing the first moving member detaching from the second moving member.

In order to completely open the kickstand 15 from the puzzle board 10e and avoid the rotating assembly 20e colliding with the puzzle board 10e, an outer diameter D1 of the rotating assembly 20e is slightly smaller than lengths H1 of the supporting arms 151, 152. In order to receive the kickstand 15, a length of the supporting space 319e is not smaller than a distance between the supporting arms 151, 152.

The first and second projecting portions 213e, 223e are spaced apart from each other for forming a holding space 227e. The plurality of ball bearings 23e retained at the holding space 227e in a rotatable manner, such that when the ball bearings 23e are rotatably sandwiched between the first and second moving members 21e, 22e, so as to enable the first and second moving members 21e, 22e being coaxially moved with each other. An inner circumferential surface of the first moving member 21e is engaged with an inner circumferential surface of the second moving member 22e via the ball bearings 23e to enable the second moving member 22e being coaxially rotated with respect to the first moving member 21e. In usage state, referring to FIGS. 46-47, adjacent ball bearings 23e may be engaged with each other or spaced apart from each other as long as the ball bearings 23e are in constantly contact with a top inner surface of the first projecting portion 213e and the bottom inner surface of the second projecting portion 223e to effectively enable the first and second moving members 21e, 22e being coaxially moved with each other.

20

The rotating assembly 20e further comprises a plurality of friction pads 28e intervally attached on the second moving member 22e and/or the first moving member 21e for enhancing relative friction between the second moving member 22e and the playing place and/or the board assembly 90e and the first moving member 21e and ensuring the position of the movable puzzle platform 1e, so that the board assembly 90e is in rotatable state.

FIGS. 48-50 show a movable puzzle platform 1c of a sixth embodiment of the present invention comprises a board assembly 90g, a kickstand 15g pivotally coupled at the board assembly 90g and a rotating assembly 20g attached on the kickstand 15g. The board assembly 90g comprises a puzzle board 10g, a supplement arrangement 30g attached on the puzzle board 10e, and a restricting wall 50g upwardly extended from a peripheral edge of the puzzle board 10g. The sixth embodiment is similar to the fifth embodiment of the present invention except that: the board assembly 90g further comprises a base 40g. The base 40g comprises a base portion 401g covered on the supplement arrangement 30g and a base opening 402g surrounded by the base portion 401g and provided in a center of the base 40g for avoiding the kickstand 15g colliding with the base portion 401g.

FIGS. 51-57 show a movable puzzle platform if of a seventh embodiment of the present invention, wherein the movable puzzle platform if is arranged for a user or a player to assemble a plurality of puzzle pieces 100f thereon. The movable puzzle platform if comprises a board assembly 90f and a rotating assembly 20f attached on the board assembly 90f. The board assembly 90f comprises a puzzle board 10f, a supplement arrangement 30f attached on the puzzle board 10f, and a restricting wall upwardly extended from the puzzle board 10f. The puzzle board 10f comprises a puzzle plate 101f and a fixing portion 102f extending from the edge of the puzzle plate 101f. The puzzle plate 101f comprises a flat playing surface 11f and a bottom surface 12f opposite to the playing surface 11f. The puzzle board 10f is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

In this embodiment, the restricting wall 50f is substantially perpendicular to the puzzle board 10f and is generally four-piece type. The restricting wall 50f comprises a first extending wall 51f mounted on the fixing portion 102f and arranged in the longitudinal direction X, a second extending wall 52f mounted on the fixing portion 102f and spaced apart from the first extending wall 51f, a third extending wall 53f mounted on the fixing portion 102f and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51f, 52f, and a fourth extending wall 54f mounted on the fixing portion 102f and spaced apart from the third extending wall 53f for connected with the adjacent first and second extending walls 51f, 52f. The first and second extending walls 51f, 52f are parallel to each other in the longitudinal direction X. The third and fourth extending walls 53f, 54f are parallel to each other in the lateral direction Y. The restricting wall 50f is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces 100f off the puzzle plate 1f.

The supplement arrangement 30f comprises a supporting portion 301f connected with the bottom surface 12f of the puzzle plate 101f for forming at least one drawer cavity 31f and at least one puzzle drawer 32f received in the corresponding drawer cavity 31f. The supporting portion 301f comprises a first main supporting wall 311f attached on the bottom surface 12f of the puzzle board 10f along the

US 12,048,885 B2

21

longitudinal direction X, a second main supporting wall 312*f* attached on the bottom surface 12*f* of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311*f*, a first dividing supporting wall 313*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X and disposed between the first and second main supporting walls 311*f*, 312*f*, a second dividing supporting wall 314*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X and disposed between the first and second main supporting walls 311*f*, 312*f*, a first inner supporting wall 315*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the lateral direction Y and connected with the first and second main supporting walls 311*f*, 312*f*, and a second inner supporting wall 316*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the lateral direction Y and connected with the first and second main supporting walls 311*f*, 312*f*. The first and second dividing supporting walls 313*f*, 314*f* are spaced apart from each other. The first and second inner supporting walls 315*f*, 316*f* are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313*f*, 314*f* and the first and second main supporting walls 311*f*, 312*f* are disposed parallel to each other. The first dividing supporting wall 313*f* connects with the first inner supporting wall 315*f* and the second dividing supporting wall 314*f* connects with the second inner supporting wall 316*f*.

The restricting wall 50*f* and the fixing portion 102*f* of the puzzle board 10*f* are successively stacked on the supporting portion 301*f* by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Particularly, the first extending wall 51*f* and the fixing portion 102*f* of the puzzle board 10*f* are successively stacked on the first main supporting wall 311*f*. The second extending wall 52*f* and the fixing portion 102*f* of the puzzle board 10*f* are successively stacked on the second main supporting wall 312*f*. The third extending wall 53*f* is directly stacked on the fixing portion 102*f* of the puzzle board 10*f* and the fourth extending wall 54*f* is directly stacked on the fixing portion 102*f* of the puzzle board 10*f*. When assembled, the side of the fixing portion 102*f* is exposed out of the first through fourth restricting walls 51*f*-54*f* and the first and second main supporting wall 311*f*, 312*f*, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency. Each of extending walls comprises an inner surface 57*f*, an outer surface 58*f* opposite to the inner surface 57*f*, and a pair of side surfaces 59*f* connecting the inner and outer surfaces 57*f*, 58*f*. The side surface of the extending wall is engaged with the side surface of the adjacent extending wall. Particularly, the side surface of the first and second extending walls 51*f*, 52*f* are engaged with the side surface of the adjacent third and fourth extending walls 53*f*, 54*f*, respectively.

The base 40*f* is stacked on the supporting portion 301*f* of the supplement arrangement 30 by glue. The base 40*f* is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and coving the supporting portion 301. In this embodiment, the rotating assembly 20 is directly mounted on the base 40*f*. Each of the puzzle drawer 32*d* comprises a rectangular bottom panel 321*d* slidably received in the corresponding drawer cavity 31*d* and slid on the base 40 directly.

FIGS. 58-62 show a movable puzzle platform 1*h* of an eighth embodiment of the present invention, wherein the movable puzzle platform 1*h* is arranged for a user or a player to assemble a plurality of puzzle pieces 100*h* thereon. The

22

movable puzzle platform 1*h* comprises a board assembly 90*h*, a kickstand 15*h* pivotally coupled at the board assembly 90*h* and a rotating assembly 20*h* attached on the kickstand 15*h*. The board assembly 90*h* comprises a puzzle board 10*h*, a supplement arrangement 30*h* attached on the puzzle board 10*h*, and a restricting wall 50*h* upwardly extended from the puzzle board 10*h*. The puzzle board 10*h* comprises a puzzle plate 101*h* and a fixing portion 102*h* extending from the edge of the puzzle plate 101*h*. The puzzle plate 101*h* comprises a flat playing surface 11*h* and a bottom surface 12*h* opposite to the playing surface 11*h*. The puzzle board 10*h* is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement 30*h* comprises a supporting portion 301*h* connected with the bottom surface 12*h* of the puzzle plate 101*h* for forming at least one drawer cavity 31*h* and at least one puzzle drawer 32*h* received in the corresponding drawer cavity 31*h*. The base 40*h* comprises a plurality of holding portions 401*h* with same shape arranged on the corresponding supporting portion 301*h* and positioned spaced from each other. Each of the holding portions 401*h* is substantially strip-shaped and connected with the corresponding supporting portion 301*h* for form a L-shaped structure. Each of the puzzle drawer 32*h* is partly exposed from the corresponding holding portions 401*h*. The holding portions 401*h* are integral with the corresponding supporting portion 301*h* as a whole. It is optional that the plurality of holding portions of the base is detachably stacked on the corresponding supporting portion by glue. Each of the holding portions 401*h* is not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion, but also for allowing each of the puzzle drawer 32 to be slid thereon. Particularly, referring to FIG. 62, the plurality of holding portions 401*h* of the base are integral with the corresponding supporting portion 301*h* and the restricting wall 50*h* as a whole.

Referring to FIG. 63, show a movable puzzle platform 1*i* of a ninth embodiment of the present invention. The ninth embodiment is similar to the fourth embodiment of the present invention except that an outer diameter of a rotating assembly 20*i* is smaller than a distance from a first inner supporting wall 315*i* to a second inner supporting wall 316*i*. A supporting portion further comprises at least one fixing arm 329*i* arranged between a third dividing supporting wall 317*i* and a fourth dividing supporting wall 318*i*. The rotating assembly 20*i* is connected with the fixing arm 329*i* and the third and fourth dividing supporting walls 317*i*, 318*i*, respectively.

Referring to FIG. 64, show a movable puzzle platform 1*j* of a tenth embodiment of the present invention. The tenth embodiment is similar to the fourth embodiment of the present invention except that a structure of rotating assembly 20*j* is similar to that of the fifth embodiment of the present invention.

Referring to FIGS. 65-71, show a movable puzzle platform 1*k* of an eleventh embodiment of the present invention. The movable puzzle platform 1*k* comprises a board assembly 90*k*, a kickstand 15*k* pivotally coupled at the board assembly 90*k* and a rotating assembly 20*k* attached on the kickstand 15*k*. The board assembly 90*k* comprises a puzzle board 10*k*, a supplement arrangement 30*k* attached on the puzzle board 10*k*, an extending wall 50*k* upwardly extended from a peripheral edge of the puzzle board 10*k* and a base 40*k* is stacked on and detachably fastened to the supplement

US 12,048,885 B2

23

arrangement **30***k*. The puzzle board **10***k* comprises a puzzle plate **101***k* and a fixing portion **102***k* extending from the edge of the puzzle plate **101***k*. The puzzle board **10K** is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement **30***k* comprises at least one puzzle drawer **32***k*, at least one drawer cavity **31***k* for receiving the corresponding puzzle drawer **32***k*, and a supporting portion **301***k* connected with the bottom surface **12***k* of the puzzle plate **101***k* for forming the drawer cavity **31***k*. The movable puzzle platform **1***k* further comprises a complementary conformation **80***k* provided between the puzzle drawer **32***k* and the corresponding supporting portion **301***k* for holding the puzzle drawer **32***k* and preventing the puzzle drawer **32***k* from falling off the supporting portion **301***k*. Each of the puzzle drawer **32***k* comprises a rectangular bottom panel **321***k* slidably received in the corresponding drawer cavity **31***k* and a pair of side panels **324***k* extending from the bottom panel **321***k*. The complementary conformation **80***d* comprises a pair of engaging slots **305***k* provided on the pair of side panels **324***k*, and a pair of engaging portions **326***k* extending outwardly from the corresponding supporting portion **301***k* for inserted into the corresponding engaging slots **305***k*. In usage state, each of the engaging slot **305***k* is configured for smoothly sliding in the corresponding engaging portions **326***k*. The extending direction of the slots **305***k* is parallel to that of the corresponding supporting portion **301***k*. Each of the engaging portions **326***k* is connected with the corresponding supporting portion **301***k*, directly.

The extending wall **50***k* is substantially perpendicular to the puzzle board **10***k* and comprises at least a pair of extending walls assembled edge-to-edge. Each of extending walls **50***k* comprises an inner surface **501***k*, an outer surface **502***k* opposite to the inner surface **501***k*, and a pair of side surface **503***k* connecting the inner and outer surfaces **501***k*, **502***k*. The side surface of the extending wall **503***k* is engaged with the inner surface **501***k* of the adjacent extending wall **50***k*. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent lateral extending wall.

In this embodiment, the extending wall **50***k* is integral with the corresponding supporting portion **301***k* as a whole for forming a monolithic portion **55***k*. The monolithic portion **55***k* comprises a receiving space **103***k* for fixing and receiving the fixing portion **102***k* of the puzzle board **10***k*.

Although the kickstand **15** is shown in the fifth embodiment to be generally H-shaped, those skilled in the art will recognize that numerous different shapes could be used in place of the H-shaped kickstand **15** to achieve the desired function as described herein. More specifically but not by way of limitation the kickstand **15** could be cylindrical, circular, square and so on. Referring to FIGS. **72-73**, a movable puzzle platform **1L** comprises a puzzle board **10L**, a supporting portion **301L** supporting the puzzle board **10L**, and a kickstand **15L** attached on the supporting portion **301L**. The kickstand **15L** could be a planar plate with a rectangle shape and connected with the supporting portion **301L** of the via a hinge **16L**. Referring to FIGS. **74-75**, a movable puzzle platform **1M** comprises a puzzle board **10M**, a supporting portion **301M** supporting the puzzle board **10M**, and a kickstand **15M** attached on the puzzle board **10M**. The kickstand **15M** could be a planar plate with

24

a rectangle shape and connected with the puzzle board **10M** of the via at least a pair of hinges **16M**. Referring to FIGS. **76-77**, a movable puzzle platform **1N** comprises a puzzle board **10N**, a supporting portion **301N** supporting the puzzle board **10N**, and a kickstand **15N** attached on the supporting portion **301N**. The kickstand **15L** could be substantially strip-shaped and connected with the supporting portion **301N** of the via at least a hinge **16N**.

The puzzle board is made of plastic, wood, or metal. When the puzzle board is made of plastic by molding, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. When the puzzle board is made of metal by stamping, the restricting wall is preferred to be integrally molded on the puzzle plate. Optionally, the restricting wall can be stacked on the puzzle plate and integrally welded to the puzzle plate as a whole. When the puzzle board is made of wood, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. If the puzzle board is made of aluminum, the weight of the puzzle board can be reduced. If the puzzle board is made of stainless steel or tempered steel, the structural strength of the puzzle board can be improved. If the puzzle board is made of plastic or wood, the manufacturing cost of the puzzle board can be reduced. It is worth mentioning that, the restricting wall and the puzzle plate can be secured together by threads, snap-fit, friction fit, etc., to fix the restricting wall on the puzzle plate. It is appreciated that the puzzle plate and the restricting wall can be made of different materials. The puzzle plate and the restricting wall may be fabricated in any desired manner, using any acceptable material.

In one application, as shown in FIG. **78**, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces **100** to form a puzzle game kit. Particularly, the area of the playing surface **11** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled, such that the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. Furthermore, the puzzle board **10** is constructed to have a plurality of supplement arrangement **30**. Therefore, the supplement arrangement **30**, the rotating assembly **20** and the puzzle pieces **100** are packed in a box. In order to play the puzzle pieces **100**, the board panels can be assembled edge-to-edge to form the puzzle board **10**. Then, the rotating assembly **20** can be coupled at the bottom side **11** of the puzzle board **10** to form the movable puzzle platform for the user to move the puzzle board **10** on the playing surface and to assemble the puzzle pieces **100** on the playing surface **11** of the puzzle board **10**. Once the puzzle pieces **100** are completely assembled on the playing surface **11** of the puzzle board **10**, the rotating assembly **20** can be detached from the bottom side **11** of the puzzle board **10**, such that the puzzle board **10** forms the puzzle frame for framing the puzzle pieces **100**.

It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

US 12,048,885 B2

25

26

What is claimed is:

1. A movable puzzle platform comprising:
a board assembly comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board; and
a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board;
wherein, the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and
wherein the supporting portion further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first extending wall and the first main supporting wall.

3. The movable puzzle platform, as recited in claim 1, a side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

4. The movable puzzle platform, as recited in claim 1, wherein the supporting portion further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

5. The movable puzzle platform, as recited in claim 1, further comprising a base attached on the supporting portion.

6. The movable puzzle platform, as recited in claim 5, wherein the base comprises a plurality holding portions positioned spaced from each other and connected with the supporting portion.

7. The movable puzzle platform, as recited in claim 6, wherein the base is integral with the supporting portion as a whole.

8. The movable puzzle platform, as recited in claim 5, further comprising a rotating assembly attached on the base directly.

9. The movable puzzle platform, as recited in claim 1, further comprising a rotating assembly attached on the board assembly.

10. The movable puzzle platform, as recited in claim 9, wherein the rotating assembly is attached on the supporting portion directly.

11. The movable puzzle platform, as recited in claim 9, wherein the rotating assembly is attached on the puzzle board directly.

12. The movable puzzle platform, as recited in claim 1, further comprising a kickstand pivotally coupled at the board assembly.

13. The movable puzzle platform, as recited in claim 1, wherein the restricting wall is an unclosed structure for forming a surrounding opening.

14. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises at least one drawer cavity formed by the supporting portion together with the puzzle plate, at least one puzzle drawer received in a corresponding drawer cavity, and at least one

complementary conformation provided between the puzzle drawer and a corresponding supporting portion for allowing the puzzle drawer to be slid on the supporting portion.

15. The movable puzzle platform, as recited in claim 4, wherein the supporting portion further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly.

16. The movable puzzle platform, as recited in claim 4, wherein the first main supporting wall comprises a first fixing space for fixing and receiving the first inner supporting wall.

17. The movable puzzle platform, as recited in claim 4, wherein the first inner supporting wall is exposed from the first main supporting wall.

18. The movable puzzle platform, as recited in claim 15, wherein the restricting wall further comprises a third extending wall extended from the fixing portion of the puzzle board and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

19. The movable puzzle platform, as recited in claim 9, wherein the rotating assembly comprises a first moving member, a second moving member rotatably coupled to the first moving member and at least one ball bearing sandwiched between the first and second moving members, the second moving member comprises a flat second middle portion and a second projecting portion extending from a center of the second middle portion toward the first moving member for engaging with the ball bearing together with the first moving member.

20. The movable puzzle platform, as recited in claim 9, wherein the rotating assembly comprises a first moving member, a second moving member rotatably coupled to the first moving member and a bearing unit coupled between the first and second moving members and comprising a plurality of retaining holes and a plurality of ball bearings being rotatably retained in a corresponding retaining hole in a rotatable manner, each of the retaining holes comprises at least one locking opening and a connecting hole smoothly connected with the locking opening, a diameter of the locking opening is slightly smaller than that of a corresponding ball bearing for locking the ball bearings in position respectively while allowing the bearings in a free rolling manner.

21. The movable puzzle platform, as recited in claim 1, wherein the restricting wall comprises a pair of extending walls connected with each other and each of the extending walls comprises an inner surface, an outer surface opposite to the inner surface, and a pair of side surface connecting the inner and outer surfaces, the side surface of one extending wall is engaged with the side surface of another extending wall.

22. The movable puzzle platform, as recited in claim 1, wherein the restricting wall comprises a pair of extending walls connected with each other and each of the extending walls comprises an inner surface, an outer surface opposite to the inner surface, and a pair of side surface connecting the inner and outer surfaces, the side surface of one extending wall is engaged with the inner surface of another extending wall.

23. A movable puzzle platform comprising:
a board assembly comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board; and

US 12,048,885 B2

27

a restricting wall having a first extending wall upwardly
    extending from the fixing portion and stacked on the
    fixing portion of the puzzle board; and
a rotating assembly attached on the board assembly;
    wherein the first extending wall and the fixing portion
    of the puzzle board are successively stacked on the
    first main supporting wall.

24. The movable puzzle platform, as recited in claim 23,
further comprising a kickstand pivotally coupled at the
board assembly.

25. The movable puzzle platform, as recited in claim 23,
wherein the rotating assembly is attached on the supporting
portion directly.

26. The movable puzzle platform, as recited in claim 23,
wherein the rotating assembly is attached on the puzzle
board directly.

27. The movable puzzle platform, as recited in claim 23,
wherein the supplement arrangement further comprises at
least one drawer cavity formed by the supporting portion
together with the puzzle plate, at least one puzzle drawer
received in a corresponding drawer cavity.

28. The movable puzzle platform, as recited in claim 23,
wherein the supporting portion further comprises a first
dividing supporting wall positioned below the bottom sur-
face of the puzzle board for improving the structural strength
of the board assembly.

29. The movable puzzle platform, as recited in claim 28,
wherein the restricting wall further comprises a lateral
extending wall extended from the fixing portion of the
puzzle board and partly overlapped with the first dividing
supporting wall in a thickness direction of the board assem-
bly.

\*   \*   \*   \*   \*

28