EXHIBIT 3

🇺🇸 An official website of the United States government  Here's how you know ⌄

Sign in

# Trademark search

Help

| Wordmark | ticabol | ✕ 🔍 |

## Result 1 of 1 for ticabol

|< ‹ › >|          ← **Search results**          **Print/Save**

---

**Trademark**

# TiCabol

**Wordmark**
TICABOL

**Serial number**
98219937

**Registration number**
7628203

**Filing date**

**Registration date**

**Status**
**Status date**

**Registration type**
**Case status**

**Publication date**

**Class**
028

**TM5 Status**

---

## Goods and services

IC 028: Jigsaw puzzles.

---

## Current owner

**Ownership transitions**
No assignments

---

## Mark information

**Mark literal element**
TICABOL

**Standard character claim**

**Mark type**

**Mark drawing code**
**Description**
**Translation**
N/A

**Transliteration**
N/A

**Disclaimer**
N/A

**Design codes**

## Basis information

N/A

## Attorney information

N/A

## Correspondence information

**Name**
undefined

**Address**

**Email**

## Prosecution history and documents

⬤ Documents only

Items per page: 5          0 of 0          |<      <      >      >|

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

**Declaration**
N/A

**Declaration of incontestability**
N/A

Feedback

## Process status

N/A

## Office action

N/A

## Next form to file

N/A

## Earliest renewal date

N/A

## Latest renewal date without additional fee

N/A

## Latest renewal date with additional fee

N/A

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                                    Subscribe

About the USPTO    •    Search for patents    •    Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Terms of Use

Financial and Performance Data

Freedom of Information Act

Inspector General

NoFEAR Act

USA.gov

Follow us

Feedback