EXHIBIT 4

 An official website of the United States government  Here's how you know ⌄

💡  TM  $  ?  My  **Sign in**

# Trademark search

Home  >  Search results  >  Details                                                                 Help

Wordmark    | YERRYO                                            ✕  🔍

## Result 1 of 1 for YERRYO

|< ‹ › >|          ← **Search results**          **Print/Save**

### Trademark



Yerryo

### Wordmark
YERRYO

### Serial number
90114566

### Registration number
6313355

### Filing date
2020-08-14

### Registration date
2021-04-06

### Status
( LIVE )  ( REGISTERED )

### Status date
2021-04-06

### Registration type
PRINCIPAL

### Case status
Registered. The registration date is used to determine when post-registration maintenance documents are due.

### Publication date
2021-01-19

### Class
003

### TM5 Status



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Goods and services

**Expand all**

IC 003: 3-in-1 hair conditioners; Lipsticks; Liquid eyeliners; Oils for cleaning purposes; Pastes for razor strops; Skin lightening creams; Skin… | **First Use Anywhere:** *August 10, 2020* | **First Use in Commerce:** *August 10, 2020*

## Current owner

### Name
CHE, XIAOLING

### Address
YUQUAN OFFICE YUQUAN TOWN 049, DANGYANG CITY
YICHANG 444100
CHINA

### Entity type
INDIVIDUAL

### Organized
CHINA

### Ownership transitions
**1 assignments** [↗]

## Mark information

### Mark literal element
YERRYO

### Standard character claim
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

### Mark type
TRADEMARK

### Mark drawing code
(4) Standard character drawing

### Description
### Translation
The wording "Yerryo" has no meaning in a foreign language.

### Transliteration
N/A

### Disclaimer
N/A

### Design codes

## Basis information

### Filed
1(a)

### Currently
1(a)

## Attorney information

### Name
Howard M. Cohn

### Address

N/A

## Primary email
esther@cohnpatents.com

## Docket number
N/A

# Correspondence information

## Name
Howard M. Cohn

## Address
Howard M. Cohn and Associates
50 Public Sq., Suite 2200
Cleveland OHIO 44113
UNITED STATES

## Email
esther@cohnpatents.com

# Prosecution history and documents

⬜ Documents only

**Date** 2026-04-06

**Description** COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED

**Document**

**Proceeding**

**Date** 2026-04-06

**Description** Courtesy E-Reminder of Sec. 8 (6-yr)

**Document** [Courtesy E-Reminder of Sec. 8 (6-yr)](#)

**Proceeding**

**Date** 2024-06-06

**Description** AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP

**Document**

**Proceeding**

**Date** 2023-07-25

**Description** TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS

**Document**

**Proceeding**

**Date** 2023-07-25



**Description** TEAS CHANGE OF CORRESPONDENCE RECEIVED

**Document**

**Proceeding**

Items per page:  5 ▼    1 – 5 of 26    |<    <    >    >|

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

### Declaration
N/A

### Declaration of incontestability
N/A

### Process status
N/A

### Office action
N/A

### Next form to file
§8 (6 year) Declaration

### Earliest renewal date
N/A

### Latest renewal date without additional fee
2027-04-06

### Latest renewal date with additional fee
2027-10-06

Feedback

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com                                                    Subscribe

About the USPTO    ·    Search for patents    ·    Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Terms of Use

Financial and Performance Data

Freedom of Information Act

Inspector General

NoFEAR Act

USA.gov

Follow us

Feedback