EXHIBIT 5

4/15/26, 2:42 PM    amazonsellers.attorney Mail - Re: Wuhan Cai Shi Ke Ji You Xian Gong Si v. Xiaoling Che and Jinyan Duan; WAWD Case No. 2:26-…

Case 2:26-cv-00852-JNW    Document 9-5    Filed 06/13/26    Page 2 of 5



Leito Guzman <leito@amazonsellers.attorney>

## Re: Wuhan Cai Shi Ke Ji You Xian Gong Si v. Xiaoling Che and Jinyan Duan; WAWD Case No. 2:26-cv-00852-JN

1 message

**Daniel Cohn** <danielmcohn@gmail.com>                    15 April 2026 at 09:45
To: Amazon Sellers Attorney <info@amazonsellers.attorney>
Cc: "leito@amazonsellers.attorney" <leito@amazonsellers.attorney>, "michael@amazonsellers.attorney"
<michael@amazonsellers.attorney>, "nichelle@amazonsellers.attorney" <nichelle@amazonsellers.attorney>

We do not represent Xiaoling Che in this matter, nor do we accept service.
_____  _____

Daniel M. Cohn
Registered Patent Attorney

50 Public Sq., Suite 2200
Cleveland, OH 44113
TEL: 216.536.7312
E-mail: Daniel@CohnPatents.com
Website: www.CohnPatents.com

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited.  If your receipt of this transmission is in error, please notify Daniel Cohn immediately at 800.613.0955 or by reply transmission.

On Wed, Apr 15, 2026 at 3:52 AM Amazon Sellers Attorney <info@amazonsellers.attorney> wrote:



Dear Mr. Cohn,

Our office represents Wuhan Cai Shi Ke Ji You Xian Gong Si in the above-referenced lawsuit against your client, Xiaoling Che.  Please find attached the following:

- Correspondence from Kenneth Eade, Esq.;
- Complaint;
- Summons;
- Notice of a Lawsuit and Request to Waive Service of a Summons; and
- Waiver of the Service of Summons Form.

We look forward to your prompt response.

Respectfully,

*Nichelle Guzmán*

Managing Legal Assistant

Case 2:26-cv-00852-JNW    Document 9-5    Filed 06/13/26    Page 3 of 5

AMZ Sellers Attorney

Law Office of Kenneth G. Eade
9350 Wilshire Blvd., Suite 203

Beverly Hills, CA 90212

Tel: (310) 867-6072

Fax: (310) 867-6079

Nichelle@AmazonSellers.Attorney



**Amazon Sellers Attorney <info@amazonsellers.attorney>**

## Re: Wuhan Cai Shi Ke Ji You Xian Gong Si V. Xiaoling Che and Jinyan Duan; WAWD Case No. 2:26-cv-00852-JN

1 message

---

**Marina Saito** <marina@ricetechlaw.com>                                    Fri, Apr 17, 2026 at 9:14 PM
To: Amazon Sellers Attorney <info@amazonsellers.attorney>
Cc: Edward Rice <ed@ricetechlaw.com>, "leito@amazonsellers.attorney" <leito@amazonsellers.attorney>,
"michael@amazonsellers.attorney" <michael@amazonsellers.attorney>, Steve Lubezny <steve@ricetechlaw.com>,
"nichelle@amazonsellers.attorney" <nichelle@amazonsellers.attorney>

Counsel,

We are not authorized to accept service on behalf of Xiaoling Che or Jinyan Duan.

Best Regards,

## Marina Saito

Partner

**Rice Technology Law Group**

 +1 224.331.1462

 marina@ricetechlaw.com

 www.ricetechlaw.com

 555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

---

**From:** Amazon Sellers Attorney <info@amazonsellers.attorney>
**Date:** Wednesday, April 15, 2026 at 3:20 AM
**To:** Marina Saito <marina@ricetechlaw.com>
**Cc:** Edward Rice <ed@ricetechlaw.com>, leito@amazonsellers.attorney
<leito@amazonsellers.attorney>, michael@amazonsellers.attorney <michael@amazonsellers.attorney>,
Steve Lubezny <steve@ricetechlaw.com>, nichelle@amazonsellers.attorney
<nichelle@amazonsellers.attorney>
**Subject:** Wuhan Cai Shi Ke Ji You Xian Gong Si V. Xiaoling Che and Jinyan Duan; WAWD Case No.
2:26-cv-00852-JN



Dear Ms. Saito,

Our office represents Wuhan Cai Shi Ke Ji You Xian Gong Si in the above-
referenced lawsuit against your clients, Xiaoling Che and Jinyan Duan.  Please
find attached the following:

- Correspondence from Kenneth Eade, Esq.;
- Complaint;
- Summons;
- Notice of a Lawsuit and Request to Waive Service of a Summons; and
- Waiver of the Service of Summons Form.

We look forward to your prompt response.

Case 2:26-cv-00852-JNW    Document 9-5    Filed 06/13/26    Page 5 of 5

Respectfully,

*Nichelle Guzmán*
Managing Legal Assistant

AMZ Sellers Attorney
Law Office of Kenneth G. Eade
9350 Wilshire Blvd., Suite 203
Beverly Hills, CA 90212
Tel: (310) 867-6072
Fax: (310) 867-6079
Nichelle@AmazonSellers.Attorney