**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| WUHAN CAI SHI KE JI YOU XIAN GONG SI, a China limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>XIAOLING CHE, an individual, and JINYAN DUAN, an individual,<br><br>Defendants. | Case No. 2:26-cv-00852JNW<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL S. BRANDT IN SUPPORT OF ALTERNATIVE SERVICE** |

I, MICHAEL S. BRANDT, hereby declare as follows:

1. I am the attorney of record for Plaintiff herein and make this declaration upon information and Belief, supplemental to my Declaration in Support of Plaintiff's Motion for Alternative Service (Dkt. 9).

2. New facts have come to light in support of the Plaintiff's Motion for Alternative Service.

3. On July 8, 2026, my client was served with notice of an intellectual property infringement complaint made by the Defendant, XIAOLING CHE, through her attorney, Ed Rice (ed@ricetechlaw.com), asserting that Plaintiff infringed upon Ms. Che's patent, US12,053,709 (the "'709 Patent). A true copy of the notice from Amazon is attached hereto and incorporated by reference herein as Exhibit 6.

4. Defendants are foreign citizens who reside in mainland China, who own this U.S. patent as

COMPLAINT FOR
DECLARATORY RELIEF

AMZ SELLERS ATTORNEY
9350 Wilshire Blvd #203, Beverly Hills CA 90212
Tel: (310) 867-6072

well as the one in question, and who have actively engaged Mr. Rice to enforce at least the '709 Patent, which is, like the ones in question in this case, another puzzle board patent.

5. Defendant Che sells puzzle board products on Amazon.com under the Amazon stores, TiCabol and owns the registered trademarks, TiBol and YERRYO, and, as can be seen from Exhibit 6, is using Amazon's internal systems to submit patent infringement complaints against Plaintiff.

14. These activities demonstrate that Defendants:

    a.  Regularly monitor communications relating to their Amazon operations.

    b.  Rely on electronic communications to conduct business and enforce rights.

6. Mr. Rice's firm, Rice Technology Law Group, currently represents both defendants in Case No. 1:25-cv-04946 in the Northern District of Illinois by Marina N. Saito of Rice Technology Group, email: marina@ricetechlaw.com.

3. As can be seen from my original declaration (Dkt.9) we have confirmed Defendants are located in mainland China and do not maintain any readily identifiable U.S. physical address for service of process.

4. Plaintiff has served Notice this lawsuit and request to waive service of the summons in this case on Rice Technology Group, to Marina Saito ( marina@ricetechlaw.com), but she has refused to accept service.  However, the Rice firm continues to represent Defendant Che and to utilize Amazon's IP enforcement systems against plaintiffs with impunity.

5. Plaintiff is currently attempting service through the Hague Convention which requires transmission through China's Central Authority and typically results in delays of many months or longer.

6. Such delay would substantially prejudice Plaintiff, which continues to suffer harm from Defendants' informal patent enforcement activities through Amazon.

7. Moreover, Defendants have demonstrated the ability to operate and enforce rights in the United States in real time, including through Amazon's intellectual property enforcement system, while remaining outside the reach of conventional service methods.

8. Based on these facts, service upon Defendants by service upon their counsel, Ed Rice of Rice Technology Group, by using his email, ed@ricetechlaw.com, is reasonably calculated to provide actual notice to Defendants.

DECLARATION OF MICHAEL BRANDT IN SUPPORT OF
MOTION FOR ALTERNATIVE SERVICE      - 2 -      AMZ SELLERS ATTORNEY
9350 Wilshire Blvd #203, Beverly Hills CA 90212
Tel: (310) 867-6072

9. Defendants have affirmatively invoked U.S. law to enforce patent rights against U.S. sellers, including Plaintiff, while remaining beyond the reach of traditional service methods.

10. Alternative service is necessary to prevent Defendants from using their foreign status as both a sword and a shield.

I declare under penalty of perjury under the laws of the United States of America that all the foregoing is true and correct.

DATED:  July 21, 2026

By:    *s/ Michael S. Brandt*
        Michael S. Brandt, WSBA #29200
        9350 Wilshire Blvd, Suite 203
        Beverly Hills, CA 90212
        Telephone:  (310) 867-6072
        Email:  michael@amazonsellers.attorney
                brandtmichaelsteven@gmail.com

DECLARATION OF MICHAEL BRANDT IN SUPPORT OF
MOTION FOR ALTERNATIVE SERVICE          - 3 -          AMZ SELLERS ATTORNEY
                                    9350 Wilshire Blvd #203, Beverly Hills CA 90212
                                                           Tel: (310) 867-6072