## Notice: Policy Warning



Hello,

We removed the listings below.

ASIN: B0GT3QBTBX
B0GRV6STT9
Infringement type: Patent
IP asserted:    12,053,709
Complaint ID: 21041372251
Rights owner name:  TiCabol
Rights owner email: ed@ricetechlaw.com


Why did this happen?
We removed some of your listings because we received a report from a rights owner alleging they may infringe upon their patent. This is against Amazon policies. Sellers on Amazon must comply with Amazon listing policies and are not allowed to sell products violating Amazon policies
(https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listings?
To reactivate your listings, please send any of the documents listed below for us to review:
-- A court order stating you are allowed to sell the products and hence are not violating Amazon policy for each of the listings mentioned in the deactivation notification.
-- A letter of non-infringement from legal counsel.
-- Work directly with the rights owner who reported the violation to submit a retraction. We may only accept retractions that the rights owner submits to us directly. We do not accept forwarded or attached retractions. These are the rights owner's contact details:
-- Rights owner name:  TiCabol
-- Rights owner email: ed@ricetechlaw.com

Have canceled listings been incorrectly removed?
If you believe there has been an error, please submit an explanation. Your explanation should include the following information:
-- How the removed listings have not violated the Amazon Intellectual Property Policy.
-- Evidence that shows the removed listings have complied with the Amazon Intellectual Property Policy.

How do I send the required information?
Go to Received Intellectual Property Complaints in the Product Policy Compliance section on Account Health (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa). Locate the deactivation record for the listings you want to appeal and click on the Appeal button next to the record to submit your appeal to reactivate your listings.

What happens if I do not send the requested information?
If we do not receive a response, the listings will remain removed and the violation record will remain on your Account Health page for up to 180 days after the notification or until the violation is addressed. Leaving this or other policy violations unaddressed may result in account deactivation.

We're here to help.
If you need help understanding why your listings may infringe the intellectual property rights of others, search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). You may contact us for more information if required (https://sellercentral.amazon.com/cu/contact-us)

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- Download the iOS app: https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Thank you,

Amazon.com