**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

WUHAN CAI SHI KE JI YOU XIAN GONG SI, a China limited liability company,

Plaintiff,

v.

XIAOLING CHE, an individual, and JINYAN DUAN, an individual,

Defendants.

Case No. 2:26-cv-852

**NOTICE OF DISMISSAL WITH PREJUDICE**

NOTICE IS HEREBY GIVEN that Plaintiff, WUHAN CAI SHI KE JI YOU XIAN GONG SI , by and through their undersigned counsel, hereby voluntarily dismisses its claims against defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have not served an answer or motion for summary judgment to Plaintiff's complaint.

DATED: September 9, 2026

Respectfully submitted,

/s/ Michael S. Brandt

MICHAEL S. BRANDT
Attorney for Plaintiffs
brandtmichaelsteven@gmail.com



AMZ SELLERS ATTORNEY
9350 Wilshire Blvd #203, Beverly Hills CA 90212
Tel: (310) 867-6072